IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-15-02245-PHX-ROS<br><br>**ORDER** |

Having reviewed the Parties' Joint Motion to Extend Case Management Deadlines and good cause appearing,

**IT IS ORDERED** the motion (Doc. 56) is **GRANTED** and the deadlines set by the Court's March 21, 2016 Rule 16 Scheduling Order (Doc. 38) are extended as follows:

| | Deadline Set by March 21 Order | Deadline Extended to |
|---|---|---|
| Plaintiff's Expert Disclosures | August 12, 2016 | October 7, 2016 |
| Defendants' Expert Disclosures | September 23, 2016 | November 18, 2016 |
| Rebuttal Expert Disclosures | October 21, 2016 | December 16, 2016 |
| Close of Discovery | November 18, 2016 | January 20, 2017 |
| Final Discovery Supplementation | December 2, 2016 | February 3, 2017 |
| Dispositive Motion Deadline | January 17, 2017 | March 17, 2017 |

Case 2:15-cv-02245-ROS   Document 57   Filed 07/06/16   Page 2 of 2

| Pretrial Order and documents | February 13, 2017 | April 14, 2017 |

Dated this 5th day of July, 2016.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -