Mark Brnovich
Attorney General

Michael E. Gottfried
State Bar No. 010623
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007
Telephone: (602) 542-1610
Fax:  (602) 542-7670
E-mail:  michael.gottfried@azag.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center,<br><br>                    Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>                    Defendants. | No:  CV15-02245-PHX-ROS<br><br>**MOTION FOR LEAVE TO FILE EXCESS PAGES RE RULE 12(c) MOTION TO DISMISS** |

Defendants,[1] through undersigned counsel, move for leave to exceed the page limitations for their combined motions to dismiss under Fed. R. Civ. P. 12(c).  The combined motion to dismiss is twenty-three pages.  Local Rule 7.2(e)(2) limits motions to seventeen pages.  This motion is on behalf of five Defendants and involves seven grounds for dismissal.  Rather than file a separate motions to dismiss on behalf of each of the five Defendants, because of overlapping arguments it seemed more efficient to file a combined motion.  Individual motions would have likely been within the page limitations and these additional pages are necessary to fully address the relevant issues for all Defendants.

---

[1] Defendants are Ryan, Rittenhouse, Hood, Olson, and Riggs.

Accordingly, it is respectfully requested that Defendants be permitted to exceed the page limitations of LRCiv 7.2(e)(2) in respect to their combined Rule 12(c) Motion to Dismiss.

Respectfully submitted this 21st day of November, 2016

MARK BRNOVICH
Attorney General

s/Michael E. Gottfried
Michael E. Gottfried
Assistant Attorney General
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016,, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

Lance Weber
Sabarish Neelakanta
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460-1151

Lisa Ells
Krista Stone-Manista
Andrew Spore
Rosen, Bien, Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105-2235

David J. Bodney
Heather Todd Horrocks
Michael A. DiGiacomo
Ballard, Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

Attorneys for Plaintiff Prison Legal News

s/Michael E. Gottfried
#5460247

2