Lisa Ells – Cal. Bar No. 243657*
Krista Stone-Manista – Cal. Bar No. 269083*
Andrew G. Spore – Cal. Bar No. 308756*
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
lells@rbgg.com
kstone-manista@rbgg.com
aspore@rbgg.com

Lance Weber – Fla. Bar No. 104550*
Sabarish Neelakanta – Fla. Bar No. 26623*
HUMAN RIGHTS DEFENSE CENTER
Post Office Box 1151
Lake Worth, Florida 33460-1151
Telephone: (561) 360-2523
Facsimile: (866) 735-7136
lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

David J. Bodney – Ariz. Bar No. 006065
Heather Todd Horrocks – Ariz. Bar No. 029190
Michael A. DiGiacomo – Ariz. Bar No. 032251
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
bodneyd@ballardspahr.com
horrocksh@ballardspahr.com
digiacomom@ballardspahr.com

* Admitted *Pro Hac Vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES L. RYAN, in his official capacity as Director of the Arizona Department of Corrections and in his individual capacity; GAIL RITTENHOUSE, in her official capacity as Division Director, Support Services of the Arizona | Case No. CV-15-2245-PHX-ROS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. Roslyn O. Silver<br><br>Trial Date: None Set |

[3085376-2]

1  Department of Corrections and in her individual capacity; JEFF HOOD, in his official capacity as
2  Deputy Director of the Arizona Department of Corrections and in his individual capacity; ALF
3  OLSON, in his individual capacity; JAMES RIGGS, in his official capacity as an employee of
4  the Office of Publication Review of the Arizona Department of Corrections and in his individual
5  capacity; and DOES 1 to 20, inclusive,

        Defendants.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[3085376-2]

2   CV-15-2245-PHX-ROS
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS FIRST AMENDED COMPLAINT

1   Plaintiff submits this Request for Judicial Notice in support of its Opposition to
2   Defendants' Motion to Partially Dismiss Plaintiff's First Amended Complaint. Pursuant to
3   Federal Rule of Evidence 201, the Court may take judicial notice of facts that are "capable
4   of accurate and ready determination by resort to sources whose accuracy cannot reasonably
5   be questioned." Fed. R. Evid. 201(b)(2). The Court may take judicial notice of a
6   judicially noticeable fact "if requested by a party and supplied with the necessary
7   information." Fed. R. Evid. 201(d).

8   Courts routinely take judicial notice of government documents, particularly where
9   they are posted on the government agency's official website. *See, e.g.*, *See, e.g.*, *Daniels-
10  Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) ("It is appropriate to take
11  judicial notice of this information, as it was made publicly available by government
12  entities."); *Modesto Irrigation Dist. v. Pac. Gas & Elec. Co.*, 61 F. Supp. 2d 1058, 1066
13  (N.D. Cal. 1999) (taking judicial notice of document posted on agency's website and
14  "readily accessible through the Internet"); *Paralyzed Veterans of Am. v. McPherson*, 2008
15  WL 4183981, *5 (N.D. Cal. Sept. 9, 2008) (noting that "[i]t is not uncommon for courts to
16  take judicial notice of factual information found on the world wide web. This is
17  particularly true of information on government agency websites, which have often been
18  treated as proper subjects for judicial notice," and collecting cases (citation omitted)); *In re
19  Agribiotech Secur. Litig.*, 2000 WL 35595963, *2 (D. Nev. Mar. 2, 2000) ("In this new
20  technological age, official government or company documents may be judicially noticed
21  insofar as they are available via the worldwide web."); *see also Lee v. City of L.A.*, 250
22  F.3d 668, 688 (9th Cir. 2001); *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964,
23  974 (E.D. Cal. 2004) (recognizing that court make take judicial notice of public
24  documents).

25  Both of the below-listed documents are publicly available on the Arizona
26  Department of Corrections official website, and they are directly relevant to Defendants'
27  contention that their recent policy changes have mooted Plaintiff's claims for equitable
28  relief.

Accordingly, Plaintiff requests that this Court take judicial notice of the following documents:

1. Arizona Department of Corrections Department Order 101.02, effective September 28, 2010, setting forth the process for Department Order development. A true and correct copy of this document, which appears on the Arizona Department of Corrections official website at https://corrections.az.gov/sites/default/files/policies/100/0101.pdf, is attached hereto as Exhibit A.

2. The "ADC Policies" page of the Arizona Department of Corrections official website, identifying several Department Orders that are "under continual revision," including Department Order 914. A true and correct copy of this document, which appears on the Arizona Department of Corrections official website at https://corrections.az.gov/reports-documents/adc-policies, is attached hereto as Exhibit B.

DATED: January 5, 2017              Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: */s/ Andrew G. Spore*
                                         Andrew G. Spore

                                    Attorneys for Plaintiff

[3085376-2]

2                                               CV-15-2245-PHX-ROS
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS FIRST AMENDED COMPLAINT

# Exhibit A

  1.5.2 When modification is required, the OPR shall ensure that the approval and publication process outlined in Attachment A is followed. The Policy Unit may offer technical assistance.

1.6 If employees other than the OPR wish to request a Director's Instruction be developed, revised, or rescinded they shall submit their written request through the chain-of-command to the appropriate Division Director for consideration and approval/disapproval. The Policy Unit shall not develop a Director's Instruction without authorization from the Director, Deputy Director or Division Directors.

1.7 Director's Instruction Rescissions - When it is determined that a Director's Instruction should be rescinded because it is no longer necessary due to procedural, organizational, or operational changes, the OPR shall submit a memorandum identifying the Director's Instruction and providing supporting justification for the rescission to the Policy Unit.

  1.7.1 The Policy Unit shall develop a rescission request and forward it to the Director for review and signature.

  1.7.2 If the rescission affects other organizational units, the Policy Unit shall provide the Deputy Director and/or the appropriate Division Director with an opportunity for comment prior to submission to the Director.

**101.02 DEPARTMENT ORDER DEVELOPMENT** (See Attachment B)

1.1 Initiation - The OPR shall begin the development process by submitting a written request to the Policy Unit Manager. The request shall describe the topic and any specific requirements for content. The OPR may provide a complete draft, an outline or more general guidance and may assign a Subject Matter Expert (SME) to work with the Policy Unit in developing the draft. The OPR shall also inform the Policy Unit of the priority of the request.

1.2 Development - Policy Unit staff shall:

  1.2.1 Formally notify the OPR or designated staff member the request has been received.

  1.2.2 Determine, in consultation with the OPR, whether or not a new Department Order should be prepared or if the new topic is best addressed by including it in an existing Department Order.

  1.2.3 Analyze, research, edit and format, as necessary, to develop a thorough, clear, concise, and accurate preliminary draft.

  1.2.4 Work with the OPR and/or an assigned SME to resolve any questions and concerns during development of the preliminary draft. Policy Unit staff shall also work with the OPR in development and/or revision of any forms necessary to comply with the Department Order.

  1.2.5 In cooperation with the OPR/SME determine if:

    1.2.5.1 The entire Department Order, or sections of the Department Order should be restricted from inmate and public access. Restricted ("R") designations shall be assigned by exception - only when the instruction contains specific information which would pose a direct threat to the secure, safe operation of the institution, placing employees, inmates, or the public at risk.

        1.2.5.2    Technical Manuals and/or Institution Orders are necessary to implement the Department Order. An outline of content requirements for the Technical Manual(s) may be included in the IMPLEMENTATION section of the Department Order.

    1.2.6    Upon completion, determine the level of review required and prepare the Department Order for review.

1.3    <u>Review Process</u> - The Policy Unit shall prepare appropriate review binders for the Department Order.

    1.3.1    The Policy Unit may work directly with an SME or other staff member identified by the OPR. A draft which has been approved by the SME or other assigned staff member shall be completed.

        1.3.1.1    When the Director is the OPR, the Policy Unit may work with the Deputy Director, the appropriate Division Director or with the appropriate staff member from the Director's staff during development of the Department Order.

        1.3.1.2    May provide a review draft to the General Counsel, if a legal issue is of concern, or the OPR requests a legal review.

        1.3.1.3    Based on circumstances, may provide a review copy to affected staff, identified by the OPR or other management staff members.

    1.3.2    The Policy Unit shall consolidate all comments received at this level into a preliminary draft and forward the binder to the Division Directors for review.

    1.3.3    The Division Directors shall review the preliminary draft, and may forward the draft to additional staff for review. When complete, the Division Director or designee shall approve, disapprove and/or provide comments/additional direction and return the draft to the Policy Unit.

        1.3.3.1    The Division Director for Offender Operations shall review the draft and determine if any or all of the Department Order is not applicable to the operation of contract beds facilities. When the Department Order or any portion of it are determined to be not-applicable to contract beds facilities, Policy Unit staff, in consultation with the Contract Beds Operations Director, shall identify applicability by:

            1.3.3.1.1    Developing an APPLICABILITY section or an attachment as shown by example in Attachment D of this Department Order.

            1.3.3.1.2    Including exceptions or special instructions as text.

    1.3.4    During the review process, the Policy Unit shall address issues raised prior to submitting the final draft to the Deputy Director. Approval by the OPR is required for any significant revisions made during review. Additionally, multiple draft reviews may be necessary to obtain final approval. Policy Unit staff shall:

        1.3.4.1    Review recommendations and comments with the OPR and/or SME to determine whether they should be included, modified or omitted.

        1.3.4.2      Whenever possible, eliminate the need for waivers to Department Orders by addressing specific issues raised during review.

1.3.5    Reviewers shall:

        1.3.5.1      Review Department Order drafts for accuracy, logic and completeness.

        1.3.5.2      Identify specific potential obstacles to compliance in their area of operation, including areas for which they determine a waiver would be needed, and why.

        1.3.5.3      Provide written comments and recommendations, as appropriate to the Policy Unit.

1.4    <u>Director's Review and Approval</u> - The Policy Unit shall:

    1.4.1    Forward the final draft, supporting documentation, and comments through the Deputy Director to the Director's Office for review.

    1.4.2    As necessary, work/consult with the OPR to make any changes requested by the Director, finalize the draft, and resubmit the draft to the Director for approval and signature.

1.5    <u>Department Order Revision/Correction</u>

    1.5.1    OPR's shall initiate revisions in writing when they determine a Department Order requires revision. They shall provide the Policy Unit guidance concerning specific changes to be made, including additions, deletions, modifications and, if needed, specific wording requirements.

        1.5.1.1      Based on the extent of revisions to be made, the Policy Unit shall determine whether to issue replacement pages, or to revise the entire Department Order.

        1.5.1.2      Development, review and approval of Department Order revisions shall follow the process described for developing a new Department Order.

                1.5.1.2.1      Based upon the amount of editing used in development, further review may or may not be required.

                1.5.1.2.2      The Policy Unit Manager, in consultation with the OPR and SME's, shall determine appropriate level of review for replacement pages.

    1.5.2    Manifest errors, as defined in this Department Order, may be corrected without review, based on the nature of the correction needed. A record of such corrections shall be prepared and placed in the Work File for the document being corrected. If appropriate, manifest errors found in Director's Instructions may be corrected in consultation with the OPR, author or appropriate SME.

    1.6     <u>Department Order Rescissions</u> - When it is determined that a Department Order should be rescinded because it is no longer necessary due to procedural, organizational, or operational changes, the OPR shall submit a memorandum identifying the Department Order and providing supporting justification for the rescission to the Policy Unit.

        1.6.1     The Policy Unit shall develop a rescission request and forward it to the Director for review and signature.

        1.6.2     If the rescission affects other organizational units, the Policy Unit shall provide the Deputy Director and/or the appropriate Division Director with an opportunity for comment prior to submission to the Director.

    1.7     If employees other than the OPR wish to request a Department Order be developed, revised, or rescinded they shall submit their written request through the chain-of-command to the appropriate Division Director for consideration and approval/disapproval. The Policy Unit shall not develop a Department Order without authorization from the Director, Deputy Director or Division Directors.

**101.03**     **INMATE NOTIFICATIONS** - As part of the system of written instructions, the Director, Deputy Director or Division Directors may determine notice to the inmate population is required for an issue which impacts all or part of the population.

    1.1     The originator of the Inmate Notification shall:

        1.1.1     Develop the Inmate Notification in accordance with Attachment F. Effective dates or other issues shall be included in the text of the Notification as determined by the OPR. (See Attachment F and the flowchart at Attachment C.)

            1.1.1.1     Absent exigent circumstances, inmate notifications of changes impacting the population shall include a 30-day notice period prior to implementation.

        1.1.2     Forward the completed Inmate Notification to the Director for final approval and signature.

    1.2     When signed by the Director, the Director's office shall forward the signed document to the Policy Unit for distribution and publication.

    1.3     The Policy Unit shall assign a number to the notification and electronically distribute it to the Deputy Director, Division Directors, Wardens, and selected management staff in accordance with established distribution schedules.

    1.4     The OPR may determine that an associated Director's Instruction is also required. If so, the Director's Instruction shall be prepared in accordance with section 101.01. Unless otherwise notified, the Policy Unit shall distribute related Director's Instructions and Inmate Notifications together.

    1.5     Because of the limited life span, Inmate Notifications are not to be placed in Department Order Manuals. Inmate Notifications are to be posted on inmate bulletin boards and made available to inmates who do not have access to posted copies.

    1.6     Based on circumstances, an OPR may determine that a particular issue affects members of the public and staff as well as inmates. The Inmate Notification may be used for notifying those individuals and modified as needed for that purpose.

# Exhibit B




| State Agencies | State Services | Visit OpenBooks | Search AZ.Gov |

Search ADC

Select Language ▼
Powered by Google Translate

# ADC Policies

The Arizona Department of Corrections provides a forum for members of the public to comment on the policies that may affect them. These policies are: / Inmate Visitation (//corrections.az.gov/sites/default/files/policies/900/0911_-_effective_05-07-15.pdf)(DO 911); / Inmate Mail (//corrections.az.gov/sites/default/files/policies/900/0914.pdf) (DO 914); and / Inmate Marriages (//corrections.az.gov/sites/default/files/policies/900/0904.pdf) (DO 904.07). If you have a comment, complaint or question about the below listed policies, please / contact ADC (mailto:directoroffice@azcorrections.gov). This section of the ADC Policy Manual is under continual revision. Each Director's Instruction or revision will be linked from this page as it becomes available.

Return To Director's Office (//corrections.az.gov/directors-office)



Department Orders (//corrections.az.gov/reports-documents/adc-policies/department-orders-index)



Director's Instructions List (//corrections.az.gov/reports-documents/adc-policies/directors-instructions-list)

© 2017 Copyright Arizona Department of Corrections   Contact Us | Sign In | Privacy Policy | Web Page Disclaimer

## CERTIFICATE OF SERVICE

I certify that, on the 5th day of January, 2017, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By: */s/ Andrew G. Spore*
     Andrew G. Spore

[3085376-2]

CV-15-2245-PHX-ROS
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PARTIALLY DISMISS FIRST AMENDED COMPLAINT