1  Lisa Ells – Cal. Bar No. 243657*
   Krista Stone-Manista – Cal. Bar No. 269083*
2  Andrew G. Spore – Cal. Bar No. 308756*
   ROSEN BIEN
3  GALVAN & GRUNFELD LLP
   50 Fremont Street, 19th Floor
4  San Francisco, California  94105-2235
   Telephone:    (415) 433-6830
5  Facsimile:    (415) 433-7104
   lells@rbgg.com
6  kstone-manista@rbgg.com
   aspore@rbgg.com
7
   Sabarish Neelakanta – Fla. Bar No. 26623*
8  HUMAN RIGHTS DEFENSE CENTER
   Post Office Box 1151
9  Lake Worth, Florida  33460-1151
   Telephone:    (561) 360-2523
10 Facsimile:    (866) 735-7136
   sneelakanta@humanrightsdefensecenter.org
11
   David J. Bodney – Ariz. Bar No. 006065
12 Michael A. DiGiacomo – Ariz. Bar No. 032251
   BALLARD SPAHR LLP
13 1 East Washington Street, Suite 2300
   Phoenix, Arizona  85004-2555
14 Telephone:    (602) 798-5400
   Facsimile:    (602) 798-5595
15 bodneyd@ballardspahr.com
   digiacomom@ballardspahr.com
16
   * Admitted *Pro Hac Vice*
17
   Attorneys for Plaintiff
18

19                 UNITED STATES DISTRICT COURT
20                      DISTRICT OF ARIZONA
21

| | |
|---|---|
| PRISON LEGAL NEWS, a project of the Human Rights Defense Center,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARLES L. RYAN, in his official capacity as Director of the Arizona Department of Corrections and in his individual capacity; GAIL RITTENHOUSE, in her official capacity as Division Director, Support Services of the Arizona Department of Corrections and in her individual capacity; JEFF HOOD, in his official capacity as | Case No. CV-15-2245-PHX-ROS<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSE**<br><br>Judge:   Hon. Roslyn O. Silver<br><br>Trial Date:       None Set |

1  Deputy Director of the Arizona Department of Corrections and in his individual capacity;
2  ALF OLSON, in his individual capacity;
3  JAMES RIGGS, in his official capacity as an employee of the Office of Publication Review of the Arizona Department of Corrections and
4  in his individual capacity; and DOES 1 to 20, inclusive,
5          Defendants.

6

7      Plaintiff, Prison Legal News, through undersigned counsel, hereby gives notice that
8  on August 21, 2017, it served on Defendants the following response to their First Set of
9  Requests for Production of Documents:
10 - **Plaintiff's Second Amended Response to Defendants' First Set of Requests for Production of Documents**
11
12  DATED: August 21, 2017      Respectfully submitted,
13                                HUMAN RIGHTS DEFENSE CENTER
14                                By: _____
15                                    Sabarish Neelakanta
16                                Attorney for Plaintiff