**Attachment 10**

LMS15-0498
M. Gomfried
FEB 8 8 2018

LF  I  O   TODO/CAL  → None

1  Lisa Ells – Cal. Bar No. 243657*
   Krista Stone-Manista – Cal. Bar No. 269083*
2  Andrew G. Spore – Cal. Bar No. 308756*
   ROSEN BIEN
3  GALVAN & GRUNFELD LLP
   50 Fremont Street, 19th Floor
4  San Francisco, California 94105-2235
   Telephone:  (415) 433-6830
5  Facsimile:  (415) 433-7104
   lells@rbgg.com
6  kstone-manista@rbgg.com
   aspore@rbgg.com
7
   Sabarish Neelakanta – Fla. Bar No. 26623*
8  Daniel Marshall – Fla. Bar No. 617210*
   Masimba Mutamba – Fla. Bar No. 102772*
9  HUMAN RIGHTS DEFENSE CENTER
   Post Office Box 1151
10 Lake Worth, Florida  33460-1151
   Telephone:  (561) 360-2523
11 Facsimile:  (866) 735-7136
   sneelakanta@hrdc-law.org
12 dmarshall@hrdc-law.org
   mmutamba@hrdc-law.org
13
   David J. Bodney – Ariz. Bar No. 006065
14 Michael A. DiGiacomo – Ariz. Bar No. 032251
   BALLARD SPAHR LLP
15 1 East Washington Street, Suite 2300
   Phoenix, Arizona  85004-2555
16 Telephone:  (602) 798-5400
   Facsimile:  (602) 798-5595
17 bodneyd@ballardspahr.com
   horrocksh@ballardspahr.com
18
   * Admitted *Pro Hac Vice*
19
   Attorneys for Plaintiff
20

21                 UNITED STATES DISTRICT COURT

22                      DISTRICT OF ARIZONA

23  PRISON LEGAL NEWS, a project of the          Case No. CV-15-2245-PHX-ROS
    Human Rights Defense Center,
24                                               **PLAINTIFF'S RULE 26(a)(1)**
                  Plaintiff,                      **INITIAL DISCLOSURES –**
25                                               **FOURTH SUPPLEMENTAL**
           v.                                    **DISCLOSURES**
26  CHARLES L. RYAN, in his official capacity
    as Director of the Arizona Department of     Judge:  Hon. Roslyn O. Silver
27  Corrections and in his individual capacity;
    GAIL RITTENHOUSE, in her official
28  capacity as Division Director, Support

[3227108.3]

1   Services of the Arizona Department of
    Corrections and in her individual capacity;
2   JEFF HOOD, in his official capacity as
    Deputy Director of the Arizona Department of
3   Corrections and in his individual capacity;
    ALF OLSON, in his individual capacity;
4   JAMES RIGGS, in his official capacity as an
    employee of the Office of Publication Review
5   of the Arizona Department of Corrections and
    in his individual capacity; JAMIE GUZMAN,
6   in her official capacity as an employee of the
    Office of Publication Review of the Arizona
7   Department of Corrections; and DOES 1 to
    20, inclusive,
8
            Defendants.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3227108.3]

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, by and through undersigned counsel, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby submits its Third Supplemental Initial Disclosures. These disclosures are based on currently and reasonably available information. Plaintiff reserves the right to supplement, amend, or modify these disclosures as it obtains information through discovery or otherwise and becomes aware of additional documents, data compilations, or tangible things. Plaintiff further reserves the right to object to the use of the disclosures herein, in whole or in part, at any time including at trial of this or any other action on the grounds of relevancy, competency, materiality, admissibility, hearsay, or for any other reason. Further, Plaintiff provides these disclosures without waiving any claim of privilege or work-product immunity. By making these disclosures, Plaintiff does not represent that it has identified every witness, document, data compilation, or tangible thing that it may use to support its claims. Rather, these disclosures represent Plaintiff's good faith effort to identify information presently available to it that falls within the scope of Rule 26(a)(1). As such, these disclosures do not include information that may be used solely for impeachment purposes.

These disclosures are organized to correspond to the general categories set forth in Rule 26(a)(1). All of the disclosures set forth below are made subject to the above qualifications.

**Federal Rule of Civil Procedure (26)(a)(1)(A)(i).** **The names, addresses and telephone numbers of each individual likely to have discoverable information and the subject of that information:**

Based on information reasonably available to Plaintiff at this time, Plaintiff identifies the following individuals, and, if known, their contact information, who are likely to have discoverable information Plaintiff may use to support its claims. Plaintiff reserves the right to identify additional individuals if it learns that any such person has knowledge or information that may be used to support its claims.

1. Paul Wright
   Editor, *Prison Legal News*
   c/o Human Rights Defense Center

1     Subject: The content of *Prison Legal News*, its mission, Plaintiff's attempts
      to send *Prison Legal News* to prisoners housed at the Arizona Department of
2      Corrections (ADC), the notice received by Plaintiff when its mail was
      rejected, if any, Plaintiff's damages, and the allegations in the operative
3      Complaint.

4   2.  All individuals listed in Defendants' Initial Disclosures.

5   3.  All individuals otherwise identified during discovery by any party.

6   4.  All prisoners to whom Plaintiff's materials were directed.

7   5.  All named Defendants, their employees, agents and/or contractors, who were
      involved with the impoundment and/or censorship of *Prison Legal News*.

8

9    Plaintiff reserves the right to identify additional persons if it learns during the

10 course of its investigation and discovery in this action that such additional persons have

11 knowledge of discoverable information that Plaintiff may use to support its claims.

12   <u>**Second Supplemental Disclosure**</u>

13    Mr. Wright will also testify about the content of *The Celling of America*, Plaintiff's

14 history of sending *The Celling of America* to prisoners housed at ADC prisons including

15 his knowledge of its prior delivery and the lack of notice to Plaintiff when ADC staff

16 subsequently began to censor the book. All named Defendants, their employees, agents

17 and/or contractors, who were involved with either the delivery of or the impoundment

18 and/or censorship of *The Celling of America* will also have discoverable information.

19   <u>**Third Supplemental Disclosure**</u>

20    Plaintiff will rely on the following witnesses at trial:

21 1. Paul Wright

22 2. John L. Clark

23    Plaintiff may also rely on the following witnesses at trial:

24 1. Any or all individuals listed in Defendants' Initial Disclosures.

25 2. Any or all individuals otherwise identified during discovery, including in all
    disclosures and discovery responses, by any party.

26 3. Any or all custodians of records for foundation purposes for any documents
    produced by either party.

27

28 4. Any or all persons who have had their depositions taken in this action.

CV-15-2245-PHX-ROS

[3227108.3]

1   **Federal Rules of Civil Procedure 26(a)(1)(A)(ii).**  **Plaintiff identifies the following documents reasonably available to it and in its possession, custody, and/or control**
2   **that may be used to support Plaintiff's claims in this matter.**

3         Based on information reasonably available to Plaintiff at this time, Plaintiff hereby

4   describes additional documents, data compilations, and tangible things that are in

5   Plaintiff's counsel's possession, custody, or control and that Plaintiff may use to support

6   its claims. Some of the documents described below are privileged, in whole or in part,

7   under the attorney-client, work product, or other applicable privilege and otherwise contain

8   confidential information. Relevant portions of such documents will be produced subject to

9   an appropriate protective order. Plaintiff provides these descriptions without waiving any

10  claim of privilege or work-product immunity.

11      1.   Copies of all materials that Plaintiff sent to prisoners in the ADC, including but not limited to all issues of *Prison Legal News* as alleged in the Complaint
12          and thereafter.

13      2.   All policies governing the ADC, including but not limited to all current and former mail and publication policies and any other regulations by whatever
14          name such as Director's Instructions.

15      3.   All documents obtained by any party during discovery, by whatever means.

16      4.   Copies of censored issues of *Prison Legal News* that were returned to Plaintiff by Defendants.
17

18      5.   Copies of documents evidencing the mailing of *Prison Legal News* to ADC.

19      6.   Letters, postcards, and other documents from prisoners at ADC.

20      7.   Correspondence and other documents exchanged between the parties and/or their respective counsel prior to the initiation of the litigation.

21  **Second Supplemental Disclosure**

22        A copy of *The Celling of America* and copies of documents evidencing the mailing

23  of *The Celling of America* to ADC prisoners and the subsequent censorship and/or delivery

24  of the same.

25  **Third Supplemental Disclosure**

26        Plaintiff intends to rely on every past issue of *Prison Legal News* for the content

27  included therein. Every past issue of *PLN* is publically available on Plaintiff's website, at:

28  https://www.prisonlegalnews.org/news/archive/.

## Fourth Supplemental Disclosure

Plaintiff will rely on the following documents as exhibits at trial:

1. Expert Report of John L. Clark, dated September 21, 2016;

2. Expert Rebuttal Report of John L. Clark, dated January 18, 2017;

3. Any or all documents attached to Plaintiff's Second Amended Complaint;

4. Any or all Prison Legal News publications censored by ADC, with and without redactions;

5. Any or all versions of ADC Department Order 914, effective since February 2010.

Plaintiff may also rely on the following documents as exhibits at trial:

1. Any or all depositions taken in this matter and exhibits attached thereto;

2. Any or all discovery responses by any party and exhibits attached thereto;

3. Any or all disclosures by any party and exhibits attached thereto;

4. Any or all trial exhibits disclosed or identified by any other party, even if withdrawn;

5. Any or all policies governing the ADC, including but not limited to all current and former mail and publication policies and any other regulations by whatever name, such as Director's Instructions.

## Federal Rules of Civil Procedure 26(a)(1)(A)(iii). A computation of each category of damages claimed by the disclosing party.

Plaintiff will ask the Court to award damages in an amount to be determined at trial. However, Plaintiff categorizes the damages below. The categories of damages described below are based on documents presently available to Plaintiff and are subject to change if and when new or different information becomes available, including through discovery. The information provided shall not be a limit on the amount to be sought and recoverable at trial, and Defendants are hereby put on notice that a greater amount may be sought as a result of information obtained.

As set forth in the Complaint, PLN is seeking nominal, compensatory and punitive damages against Defendant in a sufficient amount to compensate PLN for, among other things, the violation of PLN's First and Fourteenth Amendment rights, the failure to deliver PLN's monthly journal, the failure to provide PLN with constitutionally required

1    notice and an opportunity to be heard, the impediment of PLN's ability to disseminate its

2    political message, the frustration of PLN's organizational mission, the diversion of PLN's

3    resources, PLN's inability to recruit new subscribers and supporters, PLN's costs of

4    printing, handling and mailing, loss of goodwill, and other damages to be proven at trial.

5    Although not an item of damage, PLN is also seeking its costs and attorneys' fees.

6        **Supplemental Disclosure**

7        Plaintiff claims the following categories of damages, which will be supplemented

8    upon further investigation and if and when Defendants provide meaningful discovery:

9        Nominal Damages:  Plaintiff seeks nominal damages for each violation by the

10   Defendants against Plaintiff's Constitutional rights.

11       Compensatory Damages:  Plaintiff seeks compensatory damages for Defendants'

12   censorship of Plaintiff's publications.  These amounts can only be determined by the jury

13   at trial, but as a means of computation, other Defendants have paid Plaintiff $1,000 per

14   violation in prior settlements.  That amount is a reasonable estimate of the value of the

15   constitutionally protected activity of publication of each one of Plaintiff's publications

16   suppressed by Defendants, i.e., the dissemination of Plaintiff's political message and the

17   recruitment of new subscribers and supporters.  Plaintiff is unable to compute the exact

18   number of instances of the censorship of its speech without further discovery and

19   investigation, and Plaintiff's assessment of its damages to date is currently impeded by

20   Defendants' refusal to provide meaningful discovery.  However, based on information

21   currently available to Plaintiff, it is estimated that Defendants have censored

22   approximately 400 copies of its monthly periodical publication since March 2014 resulting

23   in a compensatory damages total of $400,000 for the suppression of Plaintiff's political

24   speech and the impediment of Plaintiff's recruitment of new subscribers and supporters.

25       Compensatory Damages: Frustration of Mission – Future expenditures will be

26   necessary to counter the adverse effects of Defendants' unconstitutional mail policy and

27   censorship of incoming publications on Plaintiff's mission and subscriber/supporter lists,

28

including outreach, education, and testing of delivery of publications. Plaintiff PLN's

damages for the costs of these future expenditures related to the frustration of its mission

can be anticipated to include the following categories: (A) the time and expense for PLN to

write, publish and send letters to approximately 2,000 Arizona DOC prisoners who have

had contact with PLN over the years regarding changes to the DOC's mail policy and any

declaratory judgment and/or injunction; (B) the time and expense required for PLN to

prepare and purchase a publicity campaign to educate the general public regarding changes

to the DOC mail policy and any declaratory judgment and/or injunction; (C) the time and

expense for PLN to perform testing and monitoring of Defendants' mail practices for

compliance with the Constitution and any orders of the Court for five years. Investigation

and discovery continue and this disclosure will be supplemented if and when Defendants

provide meaningful discovery. The following are estimates of staff time and related costs

for this category of damages, based on PLN's experience in prior prison censorship cases

and its estimates of damages to date.

| PLN Staff Person | Hours | Rate | Value |
|---|---|---|---|
| Paul Wright | +/- 60 | $200 | $12,000 |
| Alex Friedmann | +/- 30 | $200 | $6,000 |
| Materials and postage | | | $2,000 |
| Publicity Campaign | | | $10,000 |
| | | Total | $30,000 |

Compensatory Damages: Diversion of Resources – Defendants' unconstitutional

policy and practices have caused PLN to divert time and resources to investigate the extent

and nature of Defendants' mail policy and censorship practices. PLN's diversion of

resources damages include time spent by PLN staff investigating the facts and

circumstances attendant to the censorship of PLN's publications. Investigation and

discovery continue and PLN will supplement this disclosure if and when Defendants

provide meaningful discovery. The following are estimates of staff time and related costs

for this category of damages, based on PLN's experience in prior prison censorship cases

1 and its estimates of damages to date.

| 2 | PLN Staff Person | Hours | Rate | Value |
|---|---|---|---|---|
| 3 | Paul Wright | +/- 84 | $200 | $16,800 |
| 4 | Alex Friedmann | +/- 28 | $200 | $5,600 |
| 5 | | | | Total: $22,400 |

6      Punitive Damages:  Plaintiff seeks punitive damages against the individual

7 Defendants in their individual capacities in an amount that would serve to deter them from

8 future instances of similarly unconstitutional conduct regarding the rights of publishers, the

9 total amount of which can only be determined by a jury at trial following the completion of

10 full discovery in this matter.

11

12 **Federal Rules of Civil Procedure 26(a)(1)(A)(iv).  Any insurance agreement.**

13      There is no insurance agreement.

14

15 DATED: February 20, 2018          Respectfully submitted,

16                              ROSEN BIEN GALVAN & GRUNFELD LLP

17

18                              By: /s/ Andrew G. Spore
                                   Andrew G. Spore

19                              Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

**Attachment 11**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PRISON LEGAL NEWS, a          )
project of the Human          )
Rights Defense Center,        )
                              )
          Plaintiff,          )
                              )
                              )
          vs.                 ) No. CV-15-02245-PHX-ROS
                              )
                              )
CHARLES L. RYAN, et al.,      )
                              )
          Defendants.         )
_____   )


DEPOSITION OF BRAD KEOGH

Phoenix, Arizona
January 12, 2017
9:14 a.m.


Prepared by:                  CARRIE REPORTING, LLC
MICHAELA H. DAVIS             Certified Reporters
Registered Professional Reporter    2415 E. Camelback Road
Certified Realtime Reporter   Suite 700
Certified LiveNote Reporter   Phoenix, AZ 85016
AZ CR No.  #50574             (480) 429-7573
carrie@carriereporting.com

(COPY)

1        A.    The current version of DO 914.

2        Q.    We just spent some time discussing the

3    penological interests served by the prior versions of the

4    policies that now exist at 914.07, Subsection 1.2.2 and

5    1.2.7.

6              Are there any additional penological interests

7    served by these current policies in addition to the ones

8    that we've discussed?

9        A.    I don't believe so.

10       Q.    Are there any different penological interests?

11   In other words, do some of the penological interests that

12   animated the previous policies not apply to these

13   policies?

14       A.    I don't believe so.

15       Q.    And I also spent a fair amount of time asking

16   you the basis for the Department's conclusion that the

17   penological interests you've expressed are served by the

18   prior versions of these policies.  Is it the same basis

19   for the current policies as the one you've described for

20   the prior policies?

21       A.    Yes.

22       Q.    In the prior version of the policy, you pointed

23   out that there was a Subsection 1.3 to Policy 914.07 that

24   permitted OPR to approve on an individualized basis

25   certain categories of sexually explicit text, including

1    ones that were contained in, and I quote, "artistic,

2    scientific, medical, educational, or anthropological

3    purposes."

4                    MR. GOTTFRIED:  You're reading from

5    Exhibit 2?

6                    MS. ELLS:  I am reading from Exhibit 2.

7    Thank you for clarifying.

8    BY MS. ELLS:

9        Q.    Does that provision or any similar provision

10   exist in your current policy?

11       A.    No.

12       Q.    Why not?

13       A.    It was on oversight during the revisions.

14       Q.    Have you corrected that oversight?

15       A.    I tried to by giving you an offer of judgment

16   that you rejected that had that very provision in it.

17       Q.    Is your action prohibited because I didn't

18   accept your Rule 68 offer?

19       A.    I didn't say it was.  You asked me if I tried to

20   rectify it, and my answer to your question is yes, I did.

21   I offered to put that in the DO, and you refused to accept

22   the offer.

23       Q.    And you haven't done it unilateral of that

24   Rule 68 offer; is that correct?

25       A.    No, that's not correct.

1      Q.     Have you done it?

2      A.     The DO is in a current state of revision, and

3   the new version of it, when ultimately published when

4   those revisions are completed, will have the verbatim

5   offer I gave you that you rejected many months ago.

6      Q.     When do you expect that to occur?

7      A.     I can't say.

8      Q.     The current existing version does not include it

9   though; correct?

10      A.     That's what I said.  That doesn't mean it

11   prohibits mailroom staff from exercising good judgment and

12   common sense in letting Bibles and Qurans and Shakespeare

13   into the prison system, though, either.

14      Q.     Is it the Department's view that the sexual

15   arousal of any inmate is a per se threat to prison

16   security?

17      A.     It could be.

18      Q.     Is that a qualified "yes"?

19      A.     I think "it could be" means yeah, it depends

20   on --

21      Q.     What does it depend on?

22      A.     On whether you -- if you're going to give an

23   inmate something that you have reason to believe will

24   sexually excite him, it depends, because it depends on

25   whether he decides to go back to his cell and masturbate

1    or to rape a female staff member or to rape a vulnerable

2    inmate.  So yes, it depends.

3         Q.    So it depends on his response to --

4         A.    No.  You're asking -- if you're asking about the

5    content --

6         Q.    I'm asking:  Is it the Department's view that

7    the sexual arousal of any inmate is a per se threat to

8    prison security?

9         A.    It could be, yes.

10        Q.    And what --

11        A.    That is the Department's view.

12        Q.    What are the circumstances?

13        A.    In the circumstances that, using common sense

14   and good judgment, getting any incarcerated male who

15   doesn't have conjugal visits sexually excited may not

16   necessarily be a good idea.  That's why you have to,

17   within reason, limit the gradation of sexually explicit

18   material you allow into a prison system.

19        Q.    How do you determine what the correct balance is

20   between sexual material that you let in and sexual

21   material that you don't?

22        A.    We rely on the good judgment and common sense --

23        Q.    I'm not asking --

24        A.    -- mailroom staff.

25        Q.    Pardon me.  I should clarify.  I'm not asking

1    under the policy itself.  I'm asking, just generally, how

2    do you determine where the level you said "within reason"

3    is drawn?

4                    MR. GOTTFRIED:  Object; irrelevant and

5    vague.

6                    THE WITNESS:  The level is drawn in

7    relatively explicit terms within DO 914.

8    BY MS. ELLS:

9        Q.    So DO 914 contains the balance that the

10   Department feels is the correct balance for addressing the

11   concern that sexual arousal of an inmate is a threat to

12   public -- or to prison security?

13       A.    I think it speaks for itself in that regard,

14   yes.

15       Q.    How do your mailroom staff evaluate the degree

16   of sexual arousal likely to be caused by a publication's

17   content?

18       A.    By exercising good judgment and common sense.

19       Q.    Are there any specific guidelines?

20       A.    No.

21       Q.    Is there any specific training that you

22   provided?

23       A.    Yes.

24       Q.    And what is the content of that training about

25   how to evaluate the degree of sexual arousal likely to be

1    for lunch or we can head --

2                    MR. GOTTFRIED:  It's only 12:20.

3    BY MS. ELLS:

4         Q.    Do you want to keep going?

5         A.    Yes.

6         Q.    Okay.  Sir, I'd like to discuss the television

7    channels that prisoners are permitted to watch inside ADC

8    facilities.  I'm going to introduce another exhibit, which

9    I will hand to the court reporter to hand to you.

10                   (Deposition Exhibit No. 5 was marked for

11   identification by the reporter.)

12   BY MS. ELLS:

13        Q.    Do you recognize this document?

14        A.    I recognize it for what it purports to be:  a DO

15   of the Department.

16        Q.    Okay.  Do you have any reason to believe that

17   it's not?

18        A.    No.

19        Q.    And is this the currently operative departmental

20   order on this issue, to your knowledge?

21        A.    I don't know.  If it's been provided to you by

22   the Attorney General's Office representing it as such,

23   then yes.  If you've acquired it off our website, then

24   yes.

25        Q.    Okay.  I acquired it off your website.

     A.    All right.  Then if you acquired it off our

website, then, yes, it is the current version.

     Q.    Can you please turn to Department Order 906.05,

which is on page 6.  This policy governs the types of

television channels that inmates can watch inside ADC

facilities; is that correct?

     A.    Yes.

     Q.    In practice, is this policy always followed

inside facilities?

               MR. GOTTFRIED:  Object to form.  That's

vague.

BY MS. ELLS:

     Q.    To your knowledge, is this policy followed

within ADC facilities?

     A.    Yes.

               MR. GOTTFRIED:  Object to form.  It's vague.

BY MS. ELLS:

     Q.    Are you aware of any times in which ADC

facilities do not follow this --

               MR. GOTTFRIED:  Object to form.

BY MS. ELLS:

     Q.    -- in terms of allowing additional channels in

addition to the types that are designated?

               MR. GOTTFRIED:  Vague as to question and

vague as to time.

1           THE WITNESS:  Going back to the advent of

2    the invention of television?

3    BY MS. ELLS:

4       Q.    Within the statute of limitations period here.

5       A.    What is that?

6       Q.    2013.

7       A.    So for the last three years, am I aware of the

8    Department allowing inmates to watch more channels than

9    are what's set forth in 906.05?  I'm not aware of that.

10      Q.    Okay.  Is it possible for facilities to turn to

11   channels other than the ones that are listed here?

12      A.    I'm not an electrical engineer.  I don't know if

13   inmates can jerry-rig their television and pick up TV

14   signals for unauthorized HBO content to watch porn.  I

15   don't know.  I doubt it.

16      Q.    To your knowledge -- well, let's clarify

17   actually.

18           So the televisions that inmates can watch, are

19   there televisions in dayrooms?

20      A.    I believe so.

21      Q.    And are some categories of prisoners allowed to

22   have televisions inside their cells?

23      A.    Yes.

24      Q.    Are there any other places where inmates watch

25   television?

1     A.    Yes.

2     Q.    Where else?

3     A.    85 percent approximately of the Arizona prison

4  system is dormitory housing.

5     Q.    Okay.

6     A.    So 85 percent of those inmates, if they can

7  afford it, can have a television.

8     Q.    And that would be a personal television or would

9  that be one that is --

10    A.    They have to purchase them.

11    Q.    Okay.  So it's not a centralized television in

12 those dorms?

13    A.    It's a small TV that would be next to their bed

14 in the dorm.

15    Q.    Are there dayrooms in dorms?

16    A.    I don't know.  I have not personally been to

17 every prison and every unit within every prison, so I

18 can't tell you that.

19    Q.    Of the ones -- of any dorm that you have seen,

20 have you -- are you aware of --

21    A.    There are communal gathering places in certain

22 facilities.

23    Q.    Okay.  And in the celled housing -- I assume the

24 other 15 percent of housing is celled; is that correct?

25    A.    Yes.

1      Q.    And in celled housing, are any of those

2    prisoners allowed to have personal televisions inside

3    their cells?

4                MR. GOTTFRIED:  I'm going to object to this

5    line of questioning.  The question on the 30(b)(6) is the

6    identification of all television channels available for

7    viewing by ADC prisoners and circumstances which they may

8    view these channels.

9                MS. ELLS:  Uh-huh.

10                MR. GOTTFRIED:  I don't know what this has

11    to do with what particular places have televisions or not.

12                MS. ELLS:  Are you instructing him not to

13    answer?

14                MR. GOTTFRIED:  Huh-uh.

15                THE WITNESS:  What's your question?

16    BY MS. ELLS:

17      Q.    In celled living inside the Department, are

18    inmates allowed in celled living to have televisions

19    inside their cells sometimes?

20      A.    Certain inmates are.

21      Q.    And in celled living, is there generally a

22    dayroom where a television would be present?

23      A.    Not on the pod, no.  It's just a run of cells.

24      Q.    And to your knowledge, are the celled facilities

25    designed the same way like you just described?

1    A.    Yes.  Well, in general.  The female prison is

2    designed completely different than the male prisons by way

3    of a celled environment.

4    Q.    And in the female prison, is there both celled

5    living and dorm living?

6    A.    Yes.

7    Q.    And does it -- is it generally true that in

8    female -- in the female facility, that women in the dorms

9    have access to personal televisions --

10    A.    Yes.

11    Q.    -- in the same way?

12          Okay.  And would you say that it's approximately

13    the same percentage of women that are housed in dorms as

14    men?

15    A.    No.

16    Q.    Is it slightly higher?

17    A.    I think a lot more women are dormed.

18    Q.    To your knowledge, do any facilities that

19    control the televisions that inmates watch, including in

20    dayrooms or common areas, have the ability to show other

21    channels beyond the ones that are listed in this policy?

22    A.    From a technological perspective, I would

23    assume, sure.  If they paid HBO to pump it in over the

24    cable, they'd get HBO.

25    Q.    So the TVs are controlled by cable, not like a

1    that they're on the list means we allow them to watch it.

2    BY MS. ELLS:

3        Q.    I'm asking if there is a practice that differs

4    from the policy?

5        A.    Not to my knowledge.

6        Q.    In practice, are there any shows, particular

7    shows that a prisoner may not watch on the permitted

8    channels?

9        A.    No.

10        Q.    Okay.  Does ADC policy prohibit any types of

11    television content on the channels that are permitted?

12        A.    I just answered that.  We don't prohibit

13    anything on the channels we allow them to watch.

14        Q.    So ADC doesn't have a policy prohibiting

15    sexually suggestive television shows from being watched?

16                MR. GOTTFRIED:  Object as to vague.

17                THE WITNESS:  Well, Counsel, that's an

18    interesting question because I can tell you that on our

19    sex offender yards, the yards empty out and the inmates go

20    back to their cells and bunks when the Brady Bunch is on

21    the air because they're pedophiles.

22    BY MS. ELLS:

23        Q.    Okay.

24        A.    So when you talk about do we allow sexually

25    subjective content to flow in on these TV channels, yeah,

1    if you're a pedophile, we do.  And if you have a shoe

2    fetish and are watching a shoe commercial from Macy's,

3    yeah, I guess we do that for you, too.  So it depends.

4        Q.    So it's hard to determine essentially what an

5    inmate is going to be find to be sexually arousing; is

6    that right?

7        A.    In general, yes.

8        Q.    But there is no policy governing any type of

9    restriction on the type of content permitted on the

10   channels that are permitted?

11       A.    Other than the good judgment, common sense that

12   we don't allow certain channels because it show sexually

13   explicit content.

14       Q.    Okay.  And so, for instance, in the Brady Bunch

15   example that you gave, even though the pedophiles appear

16   to be drawn to that television show they are still allowed

17   to watch it; is that right?

18       A.    Yes.

19       Q.    And do -- to your knowledge, do facility staff

20   ever change the channel if they find something to be

21   beyond -- if they find something to be a little too

22   sexually arousing or close to that line?

23       A.    No.

24       Q.    Does anybody at ADC monitor or otherwise review

25   the content of the shows that are shown on the television

1   channels available to prisoners?

2       A.    I think as part of an overall review of a DO,

3   when DOs come up generally for review, security ops takes

4   a look at it and sees; but as you can see it's a

5   relatively innocuous group of channels such that you don't

6   really have to wonder what's going on on those channels

7   despite, nowadays, they get away with a lot more than they

8   did in the '50s and '60s.

9       Q.    That's really true.

10          So if there was incidental nudity on one of

11  these channels, facility staff would not change the

12  channel?

13      A.    I don't know if there would be incidental nudity

14  on any of those channels; but it would be so fleeting, you

15  know, I remember when ABC erred -- what was the show with

16  Dennis Franz as a detective.

17      Q.    Oh, yeah.

18              MR. GOTTFRIED:  NYPD Blue?

19  BY MS. ELLS:

20      Q.    NYPD Blue.

21      A.    NYPD Blue.  And that was a big deal.  They

22  showed his naked buttocks in the shower and, my gosh, that

23  came on ABC in prime time and so that was Steven Bochco,

24  the producer, pushing the envelope on ABC.  But again, it

25  was relatively a slow, one-to-two-second glimpse of him.

1   So, no, we don't control the airwaves to that extent.

2       Q.    And what is the penological interest in

3   permitting inmates to watch TV?

4       A.    It keeps them occupied, it makes them happy, it

5   appeals to good, clean fun and information for them.  It

6   aids in their treatment and rehabilitation.  It can be

7   educational if they watch the right channels.  It can be

8   spiritual if they watch the religious services.

9       Q.    And for the channels that ADC staff control, the

10  ones that are in central locations, does anybody on the

11  facility staff in that building know or pay attention to

12  what channels the prisoners are actually watching?

13      A.    Other than -- other than an officer walking

14  through the dayroom at the time --

15      Q.    Glancing at the TV.

16      A.    -- I would say, no.

17      Q.    Would you say there's any television programming

18  that would -- may encourage unacceptable sexual behaviors

19  on mainstream TV today?

20      A.    I don't watch much mainstream television today,

21  so I could only speculate.

22      Q.    Or any of the television channels that are

23  listed in this policy?

24            MR. GOTTFRIED:  Objection; calls for

25  speculation.  Ambiguous.

```
 1                THE WITNESS:  I think by virtue of the fact

 2     that from a security operational perspective we allow

 3     those designated channels in, that that decision has

 4     already been made; that the content of those channels is

 5     appropriate for inmate consumption.

 6     BY MS. ELLS:

 7        Q.    And that would include a determination that in

 8     the Department's belief that content does not encourage

 9     sexual -- unacceptable sexual behavior -- is that assumed

10     by the fact that the Department made this policy and

11     selected these channels?

12        A.    I don't think the assumption is that narrow,

13     limited exclusively to sexual content.  I think it's an

14     overall inmate treatment and rehabilitation and education

15     and an overall promotion of a safe, secure, and orderly

16     operation of the prison system.

17        Q.    Do individual -- does staff at individual

18     facilities have any discretion to allow additional

19     channels beyond those that are in this policy?

20        A.    No.

21        Q.    And to your knowledge, they never violate that

22     policy --

23                MR. GOTTFRIED:  Objection; speculation.

24     BY MS. ELLS:

25        Q.    -- by permitting additional channels to be
```

1      shown?

2          A.    Not to my knowledge.

3          Q.    Does ADC know of any specific interest -- any

4      specific incident that, in its view, undermined ADC's

5      penological interest caused by an inmate reading text in a

6      personal letter that contained sexual content?

7                        MR. GOTTFRIED:  Objection; vague, ambiguous.

8                        THE WITNESS:  I can't answer that for all

9      the reasons I've articulated earlier; that it depends on

10     what school of thought you subscribe to, whether there's a

11     causal link between viewing sexual content and acting out

12     on it.

13     BY MS. ELLS:

14         Q.    Is there any incident that the Department would

15     consider to have that causal link that you are aware of?

16                       MR. GOTTFRIED:  You're talking about

17     specific incident?

18                       MS. ELLS:  Specific incident, yeah.

19                       THE WITNESS:  I am not aware of the

20     Department blaming sexual content in an inmate's living

21     area for an inmate raping or sexually harassing others.

22     BY MS. ELLS:

23         Q.    And what about undermining any of the other

24     penological interests that you've described?

25         A.    That goes back to "I can't answer that question"

1  because an inmate sexually harassing a female staff

2  member -- there's no way to determine what his motivation

3  is.  Is he just a pre-existing violent predator?  Is he

4  just a bank robber who likes screwing with women?  Is he a

5  guy who's so horny from sexual content, who's -- he's

6  doing it?  There's a multitude of explanations for why he

7  would be acting a certain way, so that question is

8  impossible to answer.

9      Q.    But so far as you're aware, the Department has

10  not made a link itself for any specific incident between

11  sexual content in a personal letter and unacceptable --

12      A.    No.

13      Q.    And by sexual content, I mean text, and --

14      A.    I can't answer that because I have not yet

15  reviewed the criminal investigations of the last two rapes

16  and attempted rapes of female staff members by inmates to

17  determine whether they found anything of a sexual nature

18  in their living area as part of their criminal

19  investigation.

20      Q.    Okay.  So putting those two aside --

21      A.    But even if they did or didn't, you can't draw a

22  causal link between what they did and what was or was not

23  in their cell.

24      Q.    Okay.  So is it -- is it the Department's

25  position -- when you say you can't draw a link, is that

Please make all changes or corrections on this sheet showing page number, line number and reason, if any. If no corrections are needed, write "none". Please sign and date the form.

## STATEMENT OF CHANGES AND/OR CORRECTIONS

Deposition of: Brad Keogh
Case Name: Prison Legal News vs. Ryan, et al.
Case No.: CV-15-02245-PHX-ROS
Date Taken: January 12, 2017

| PAGE | LINE | CHANGE and/or CORRECTION | REASON |
|------|------|--------------------------|--------|
| 6 | 6 | through "January 2011" not "November of 2012" | refreshed recollection |
| 17 | 11 | "paragraph" not "photograph" | transcription error |
| 98 | 16 | "in" is missing before "them" | transcription error |
| 102 | 10 | "the" is missing before "reason" | transcription error |
| 103 | 20 | "D" is missing before "O" | transcription error |
| 108 | 15 | "on" should be "in" | transcription error |
| 124 | 15 | "erred" should be "aired" | transcription error |
| 162 | 4 | "on the" instead of "not" | transcription error |
| 182 | 3 | "the" before "2010" is missing | transcription error |
| 184 | 11 | "in a" instead of "and" | transcription error |
| 202 | 16 | "of every" not "ever a" | transcription error |
| 205 | 8 | "the" not "a" | transcription error |
| 226 | 22 | "b" not "i" | transcription error |
| 270 | 14 | "centric" not "eccentric" | transcription error |
| 274 | 8 | "content" not "consent" | transcription error |
| 238 | 8 & 10 | "Cellig" not "Sellig" | transcription error |
| 238 | 11 | "publication" not "public event" | transcription error |
| 263 | 23 | "lawyer" not "letter" | transcription error |
| 265 | 12 | "nor" not "for" | transcription error |

Brad K. Keogh                                    2/14/17
SIGNATURE OF THE DEPONENT                DATE

275

1          (WHEREUPON, this deposition concluded at

2     6:08 p.m.)

3

4

5

6                      _Brad K. Keogh_ 2/4/17

7                      BRAD KEOGH

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Attachment 12**

**EXHIBIT D-5**

| Channels | Douglas | Eyman | Florence | Globe | Lewis | Eagle Point/Sunrise Unit | Perryville | Phoenix | Tucson | Safford | Safford Ft. Grant | Window | Window/Apache Unit | Yuma | AT120 $6.49 | Regional Sports $3.05 | Hospitality + $0.56 | The Edge $1.31 | Premier A $4.50 | Premier B $4.50 | Action $1.02 | Free |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | x | | | | x | x | | |
| CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | | | | | | | x | |
| NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | | | | | | | x | |
| FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | x | | | | x | x | | |
| PBS | KMBS | PBS | PBS | PBS | FOX | PBS | PBS | PBS | | | | PBS | PBS | | | | | | x | x | | |
| CW | | CW | CW | CW | | | | | | | | | | | | | | | x | | | |
| UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | Univision | TELEMUNDO | TELEMUNDO | TELEMUNDO | UNIVISION | UNIVISION | UNIVISION | x | | | | x | x | | |
| | | | | | | | | | THE WORD not on DISH | | | | | | | | | | x | | | |
| AMC | AMC | | | | AMC | AMC | | AMC | AMC | AMC | AMC | AMC | AMC | | x | | | | x | | | |
| BET | BET | BET | BET | BET | BET | BET | | BET | BET | BET | BET | BET | BET | BET | x | | | | x | | | |
| BYU | BYU | BYU | BYU | BYU | BYU | BYU | | BYU | BYU TV | BYU TV | BYU TV | BYUTV | BYUTV | CMT | x | | | | x | | | |
| CNN | CNN | | | | CNN | CNN | | | | | | | | | x | | | | x | | | |
| DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | Discovery | COMEDY CENTRAL | COMEDY CENTRAL | COMEDY CENTRAL | DISCOVERY | DISCOVERY | DISCOVERY | x | | | | x | | | |
| ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | DISCOVERY | DISCOVERY | DISCOVERY | ESPN | ESPN | ESPN | x | x | | | x | | | |
| ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | | | | | | | | | ESPN2 | x | x | | | x | | | |
| EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | | | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | x | | | | x | | | |
| | | | | | | | Lifetime | | FOX MOVIE | | | | | | | | x | | | | | |
| | | | | | | | | | FOX SPORTS AZ | | | | | | | | x | | | | | |
| FX | FX | | | | FX | FX | | FX | FX | FOX SPORTS 1 | FOX SPORTS 1 | FX | FX | FX | | x | | | | | | |
| | | | | | HISTORY CHANNEL | HISTORY CHANNEL | | | FX | FX | FX | | | | | x | | | | x | | |
| | | | | | FX | | | | FOX MOVIE | | | | | | | | | | | | | |
| | | | | | | | | | NFL NETWORK | | | | | | | | | | | | | |
| NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | | | | | | | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | NATIONAL GEOGRAPHIC | | | x | | | | x | | |
| SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | | | | | | | | | | x | | | | x | | |
| TBN | TBN | TBN | TBN | TBN | TBN | TBN | | TBN | TBN | TBN | TBN | TBN | TBN | TBN | x | | | | x | | |
| TBS | TBN | TBS | TBS | TBS | TBS | TBS | | | | | | | | | | x | | | | x | | |
| TNT | TNT | TNT | TNT | TNT | TNT | TNT | | TNT | TNT | TNT | TNT | TNT | TNT | TNT | x | | | | x | | |
| USA | USA | USA | USA | USA | USA | USA | | USA | USA | | | USA | USA | | x | | | | x | | |

**TV COUNT**

| | Douglas | Eyman | Florence | Globe | Lewis | Eagle Point/Sunrise Unit | Perryville | Phoenix | Tucson | Safford | Safford Ft. Grant | Window | Window/Apache Unit | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV COUNT | 1235 | 3199 | 2841 | 185 | 3701 | 381 | 3893 | 422 | 2981 | 545 | 246 | 797 | 350 | 2768 |
| Package | AT120 + Hospitality Plus (BET Included) | AT120 + BET | AT120 + BET | AT120 + BET | AT120 + BET | AT120 + BET | Premier A (BET included) | AT120 + BET | Premier (BET Included)+ FS&Z + Edge | AT120 + BET | AT120 + BET | AT120 + BET | AT120 + BET | AT120 + Hospitality Plus (BET included) |
| old price/mo | 6.33 | 6.03 | 6.03 | 6.03 | 6.03 | 6.09 | 3.63 | 6.03 | 5.58 | 5.25 | 5.25 | 6.03 | 6.03 | 6.33 |
| old cst/mo | 7,804.80 | 19,289.97 | 15,925.23 | 1,115.55 | 22,317.03 | 2,229.43 | 14,131.59 | 2,544.66 | 16,522.38 | 2,861.25 | 1,266.25 | 4,564.71 | 2,110.50 | 17,521.44 |
| old price/mo | 6.85 | 6.54 | 6.54 | 6.54 | 6.54 | 6.54 | 4.29 | 6.54 | 6.56 | 5.99 | 5.99 | 6.54 | 6.54 | 6.85 |
| v/a Amendment 2 | 8,460.00 | 20,921.46 | 17,273.14 | 1,209.90 | 24,204.54 | 2,493.74 | 16,703.07 | 2,759.88 | 19,426.16 | 3,264.55 | 1,467.55 | 4,950.72 | 2,289.00 | 18,960.80 |
| monthly increase | 641.16 | 1,631.49 | 1,346.91 | 94.35 | 1,887.51 | 194.31 | 2,569.38 | 215.22 | 2,901.78 | 403.30 | 181.30 | 386.07 | 178.50 | 1,439.36 |
| | | | | | | | | | | | | | | 10.8% |
| new price/mo | 7.05 | 6.70 | 6.70 | 6.70 | 6.70 | 6.70 | 4.50 | 6.70 | 7.86 | 7.22 | 7.22 | 6.70 | 6.70 | 7.05 |
| v/a Amendment 4 | 8,692.65 | 21,433.30 | 17,694.70 | 1,239.50 | 24,796.70 | 2,552.70 | 18,336.03 | 2,827.40 | 23,895.27 | 3,934.90 | 1,768.90 | 5,071.90 | 2,345.00 | 20,095.68 |
| new est/mo | 8,692.65 | 21,433.30 | 17,694.70 | 1,239.50 | 24,796.70 | 2,552.70 | 17,518.50 | 2,827.40 | 23,273.45 | | | 5,071.90 | 2,345.00 | |
| monthly increase | 246.60 | 511.84 | 422.56 | 29.60 | 592.16 | 60.96 | 1,635.06 | 67.52 | 4,471.11 | 670.35 | 303.35 | 121.12 | 56.00 | 1,134.88 |
| | | | | | | | | | | | | | | 8% |
| price/mo (revised) v/a Amendment 5 | 7.05 | 6.70 | 6.70 | 6.70 | 6.70 | 6.70 | 4.50 | 6.70 | 7.86 | 6.70 | 6.70 | 6.70 | 6.70 | 7.05 |
| new est/mo | 8,692.65 | 21,433.30 | 17,694.70 | 1,239.50 | 24,796.70 | 2,552.70 | 17,518.50 | 2,827.40 | 23,273.45 | 3,651.50 | 3,651.50 | 5,071.90 | 2,345.00 | 19,514.40 |
| monthly increase | | | | | | | 817.53 | | 3,849.30 | 386.05 | 173.95 | 121.12 | 56.00 | 553.60 |
| | | | | | | | | | | | | | | 6.40% |

## Alhambra Inmate Television System

| Property/Name | I.M. Channel # | Programming | Network Channel DIRECT T.V. # | | Network |
|---|---|---|---|---|---|
| ASPC/PHX Alhambra | 2 | Black Entertainment Television | 329 | | BET |
| ASPC/PHX Alhambra | 3 | Original series Movies | 370 | | FX |
| ASPC/PHX Alhambra | 4 | BYUTV | 374 | | B.Y.U. |
| ASPC/PHX Alhambra | 5 | Sports Related News | 206 | | ESPN II |
| ASPC/PHX Alhambra | 6 | Univision, Spanish | 33 | | KTVW T.V. 33 |
| ASPC/PHX Alhambra | 7 | Sports Events News | 209 | | ESPN |
| ASPC/PHX Alhambra | 8 | Satellite Radio | | | |
| ASPC/PHX Alhambra | 9 | Science Nature Learning Educational | 278 | | Discovery |
| ASPC/PHX Alhambra | 10 | Streaming from Florence | 10 | | Streaming from Florence |
| ASPC/PHX Alhambra | 11 | A.M.C. | 11 | | A.M.C. |
| ASPC/PHX Alhambra | 12 | Satellite Radio | 12 | | Satellite Radio |
| ASPC/PHX Alhambra | 13 | Satellite Radio | 13 | | Satellite Radio |
| ASPC/PHX Alhambra | 14 | T.B.S. | 14 | | T.B.S. |
| ASPC/PHX Alhambra | 15 | Satellite Radio | 15 | | Satellite Radio |
| ASPC/PHX Alhambra | 16 | Original series Movies | 245 | | TNT |
| ASPC/PHX Alhambra | 17 | Public Broadcast Service | 17 | | KAET 8 |
| ASPC/PHX Alhambra | 18 | N.B.C. | 18 | | N.B.C. |
| ASPC/PHX Alhambra | 20 | Religious Programming | 372 | | TBN |
| ASPC/PHX Alhambra | 21 | CBS Television | 21 | | KPHO T.V. 5 |
| ASPC/PHX Alhambra | 23 | FOX T.V.10 | 10 | | KSAZ T.V. 10 |

## Alhambra Inmate Television System

| ASPC/PHX Alhambra | 28 | Original Series Movies | 28 | | USA |
|---|---|---|---|---|---|
| ASPC/PHX Alhambra | 29 | ABC Television | 29 | | KNXV T.V. 15 |
| ASPC/PHX Alhambra | 30 | Catholic Services Religion | 30 | | EWTN |
| ASPC/PHX Alhambra | 31 | Health Educational | Inmate Channel | | Closed Circuit T.V. |

**ASPC-Florence/Eyman Channel Lineup**

| ITEM | EIA CHANNEL (Freq) Broadcasting On | NAME | DISH #/HD | Modulator | CALL LETTERS | OTA Capture Channel | QAM Channel | NTSC Channel | Virtual Channel | CATV Inmate Channel |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14 | ABC (KNXV) | 8320/6446 | Dish | KNXV | N/A | 2-2 | 14 | | 14 |
| 2 | 15 | FOX (KSAZ) | 8323/6449 | Dish | KSAZ | N/A | 3-1 | 15 | | 15 |
| 3 | 16 | ESPN | 140 | Dish | | N/A | | 16 | 40-1 | 16 |
| 4 | 17 | ESPN2 | 143 | Dish | | N/A | | 17 | 41-1 | 17 |
| 5 | 18 | NBC (KPNX) | 8322/6448 | Dish | KPNX | N/A | 3-2 | 18 | | 18 |
| 6 | 19 | Spike | 241 | Dish | | N/A | | 19 | 42-1 | 19 |
| 7 | 20 | Univision (KTVW) | 8328 | Dish | KTVW | N/A | | 20 | 43-1 | 20 |
| 8 | 21 | TNT | 138 | Dish | | N/A | | 21 | 44-1 | 21 |
| 9 | 22 | BET | 124 | Dish | | N/A | | 22 | 45-1 | 22 |
| 10 | 7 | BYU TV | 9403 | Dish | | N/A | | 7 | 35-1 | 7 |
| 11 | 8 | TBS | 139 | Dish | | N/A | | 8 | 36-1 | 8 |
| 12 | 9 | CW (KASW) | 8324 | Dish | KASW | N/A | | 9 | 37-1 | 9 |
| 13 | 10 | CBS (KPHO) | 8321/6447 | Dish | KPHO | N/A | 2-1 | 10 | | 10 |
| 14 | 11 | TBN | 260 | Dish | | N/A | | 11 | 38-1 | 11 |
| 15 | 12 | Discovery Chan | 182 | Dish | | N/A | | 12 | 39-1 | 12 |
| 16 | 13 | PBS (KAET) | 8326/6451 | Dish | KAET | N/A | 4-1 | 13 | | 13 |
| 17 | 23 | USA | 105 | Dish | | N/A | | 23 | 46-1 | 23 |
| 18 | 24 | Catholic | 261 | Dish | | N/A | | 24 | 47-1 | 24 |
| 19 | 25 | Info Tech (DV4) | ADC Content | Blonder Tongue Agile | | N/A | | 25 | | 25 |
| 20 | *26 | ETV-Education | ADC Content | Blonder Tongue Agile | | N/A | | 26 | | 26 |
| 21 | 27 | ETV-Education | ADC Content | Blonder Tongue Agile | | N/A | | 27 | | 27 |
| 22 | 28 | Programs | ADC Content | Blonder Tongue Agile | | N/A | | 28 | | 28 |
| 23 | 29 | Radio | ADC Content | Blonder Tongue Agile | | N/A | | 29 | | 29 |
| 24 | 30 | CBS (KPHO) | | Dish | | N/A | | | 30-1 | 30-1 |
| 25 | 31 | ABC (KNXV) | | Dish | | N/A | | | 31-1 | 31-1 |
| 26 | 32 | FOX (KSAZ) | | Dish | | N/A | | | 32-1 | 32-1 |
| 27 | 33 | NBC (KPNX) | | Dish | | N/A | | | 33-1 | 33-1 |

| # | | Channel | Sub-channel | ADC Content | Dish | | N/A | | 34-1 | 34-1 |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | 34 | PBS (KAET) | | ADC Content | Blonder Tongue Agile | | N/A | | 34-1 | 34-1 |
| 29 | 35 | | ETV | Antenna | WellAV | | N/A | 35 | 35 | 35 |
| 30 | | NBC | | Antenna | WellAV | KVOA_DT | 23 | 37 | 80-1 | 80-1 |
| 31 | | | COZI-TV | Antenna | WellAV | | | 37 | 80-2 | 80-2 |
| 32 | | | Escape | Antenna | WellAV | | | 37 | 80-3 | 80-3 |
| 33 | 40 | Relaxation SD | | ADC Content | WellAV | | N/A | 41 | 40 | 40 |
| 34 | | KUDF-LP | | Antenna | WellAV | KUDF-LP | 14 | 41 | 87-1 | 87-1 |
| 35 | | | Telemax | Antenna | WellAV | | | 41 | 87-2 | 87-2 |
| 36 | | | GNTV Latino | Antenna | WellAV | | | 41 | 87-3 | 87-3 |
| 37 | | | Good News | Antenna | WellAV | | | 41 | 87-4 | 87-4 |
| 38 | | "Off" | | Stream | WellAV | | N/A | | | Off |
| 39 | | Relaxation HD | | ADC Content | WellAV | | N/A | | 85-1 | 85-1 |
| 40 | 46 | | ETV | Multicast Stream | rtp://239.255.53.82:5004 | | N/A | | | 46 |
| 41 | 47 | "Off" | | Multicast Stream | WellAV | | N/A | | | Off |
| 42 | | ABC | | Antenna | WellAV | KGUN | 9 | 48 | 83-1 | 83-1 |
| 43 | | | LAFF | Antenna | WellAV | | | | 83-2 | 83-2 |
| 44 | | | Antenna | Antenna | WellAV | | | | 83-3 | 83-3 |
| 45 | | CBS | | Antenna | WellAV | KOLD-DT | 32 | 51 | 84-1 | 84-1 |
| 46 | | | ME TV | Antenna | WellAV | | | | 84-3 | 84-3 |
| 47 | | | Grit | Antenna | WellAV | | | | 84-2 | 84-2 |
| 48 | | FOX | | Antenna | WellAV | KMSB-HD | 25 | 54 | 82-1 | 82-1 |
| 49 | | | Movies | Antenna | WellAV | | | | 82-2 | 82-2 |
| 50 | | | Justice | Antenna | WellAV | | | | 82-3 | 82-3 |
| 51 | | PBS HD | | Antenna | WellAV | PBS HD | 30 | 57 | 81-1 | 81-1 |
| 52 | | | Kids | Antenna | WellAV | | | | 81-2 | 81-2 |
| 53 | | | R-World | Antenna | WellAV | | | | 81-3 | 81-3 |
| 54 | | (??NBC) | | Antenna | WellAV | Bounce | | | 88-1 | 88-1 |
| 55 | | | Spanish | Antenna | WellAV | | | | 88-2 | 88-2 |
| 56 | | | Hero&Icons | Antenna | WellAV | | | | 88-3 | 88-3 |

*Blue = Channels that are Currently QAM/Digital from the Smartbox

*Green = Analog Channels that need to be setup QAM/Digital.

*Gold = ADC Channels not part of Smartbox. (Currently all Analog)

Captured Over-the-Air (OTA)

* Pink = Relaxation Analog & Digital
* Gray = Digital QAM from Wellav

| Channel | Station |
|--------:|---------|
| 3 | Univision |
| 4 | TBN |
| 5 | CBS |
| 6 | Discovery |
| 7 | TBS |
| 9 | TBN |
| 10 | FOX |
| 11 | BET |
| 12 | NBC |
| 13 | Information |
| 14 | CNN |
| 15 | ABC |
| 16 | BYU |
| 17 | EWTN |
| 18 | TNT |
| 19 | USA |
| 20 | Lifetime |

NOTE: As of 4/10/2018, a new channel has been added. Channel 2 is eTV, an education program sent digita

**ASPC Yuma**

| | | |
|---|---|---|
| 2 | NBC | OFF AIR 11 |
| 3 | CBS | OFF AIR 13 |
| 4 | FOX | OFF AIR 9 |
| 5 | UNIVISION | OFF AIR 7 |
| 6 | FX | Dish 136 |
| 7 | NATIONAL GEO | Dish 197 |
| 8 | DISCOVERY | Dish 182 |
| 9 | TNT | Dish 138 |
| 10 | USA | Dish 105 |
| 11 | BET | Dish 124 |
| 12 | AMC | Dish 131 |
| 13 | FOX SPORTS 1 | Dish 150 |
| 14 | ESPN | Dish 140 |
| 15 | TBN | Dish 260 |
| 16 | ABC | OFF AIR |
| 17 | ITV | Computer Power Point |
| 18 | EWTN | Dish 261 |
| 19 | BYU | Dish 9403 |
| 20 | ADC Etv | N/A |

**ARIZONA DEPARTMENT OF CORRECTIONS**
Arizona State Prison Complex – Yuma
Warden's Office

## M E M O R A N D U M

TO:        ASPC-Yuma Inmate Population

FROM:    Carla Hacker-Agnew, Warden

DATE:     June 15, 2017

SUBJECT:   Closed Circuit Television System

A review was conducted on the available channels on the Close Circuit Television System.   Based on the review, <u>AMC and Fox Sports will replace CMT and ESPN2</u>.

Effective June 30, 2017, the below channels will be available on the Close Circuit Television System.

| TV Channel | Channel |
|---|---|
| 2 | NBC |
| 3 | CBS |
| 4 | FOX |
| 5 | Univision |
| 6 | FX |
| 7 | National Geographic |
| 8 | Discovery |
| 9 | TNT |
| 10 | USA |
| 11 | BET |
| 12 | AMC |
| 13 | Fox Sports |
| 14 | ESPN |
| 15 | Religious |
| 16 | ABC |
| 17 | Inmate Information Television Channel |
| 18 | EWTN |
| 19 | BYU |

Thank you.

EXHIBIT D-4

| Disciple | Graphic/Repetition | Eyman | Florence | Globe | Lewis | Eagle Point/Sumba Unit | Perryville | Phoenix | Tucson | Safford | Safford FL Quest | Winslow | Winslow/Apache Unit | Yuma | Local Channels | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | AT1109 | Regional Sports | Hospitality | The Edge | Free | Premier A | Premier A+Action |
| | | | | | | | | | | | | | | | $4.49 | $3.05 | $0.56 | $3.31 | | $4.59 | $4.50 | $5.62 |
| ABC | AMC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | ABC | x | | | | | | x |
| CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | CBS | | | | | | | | x |
| NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | NBC | | | | | | | | x |
| FOX | BYU | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | FOX | | | | | x | | | |
| PBS | | PBS | PBS | PBS | PBS | PBS | PBS | PBS | PBS | PBS | PBS | PBS | PBS | | | | | | | | |
| | | CW | CW | CW | | | | | | | | | | | | | | | | | | |
| UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | TELEMUNDO | TELEMUNDO | TELEMUNDO | UNIVISION | UNIVISION | | | | | | | x | |
| | | | | | | | | | THE WORD not on DISH | | | | | | | | | | | | |
| AMC | AMC | AMC | AMC | AMC | BET | BET | AMC | AMC | AMC | AMC | AMC | AMC | AMC | | | | | | | | x |
| BET | BET | BET | BET | BET | BYU | BYU | BET | BET | BET | BET | BET | BET | BET | | | x | | | | | |
| BYU | BYU | BYU | BYU | BYU | | | BYU.TV | BYU.TV | BYU.TV | BYU.TV | BYU.TV | BYU.TV | CMT | | | | | x | | | |
| CNN | CNN | CNN | CNN | CNN | CNN | CNN | CNN | | | COMEDY CENTRAL | COMEDY CENTRAL | | | | | | | | | | x | |
| | | | | | | | | | | DISCOVERY | DISCOVERY | | | | | | | x | | | |
| DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | Discovery | | | | | DISCOVERY | DISCOVERY | | | | | x | | | |
| ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | | | | ESPN | ESPN | | | | | x | | | |
| ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | | | | | | | ESPN2 | ESPN2 | | | | | | | | | |
| EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | | | | EWTN | EWTN | | | | | | | | | x |
| | | | | | | | | | FOX SPORTS AZ | | | | | | | | | | | | |
| | | | | | | | | | FOX MOVIE | | | | | | | | | | | | |
| FX | FX | FX | FX | FX | FX | FX | FX | FX | FOX SPORTS 1 | FOX SPORTS 1 | FX | FX | FX | | | | x | | | | |
| | | | | HISTORY CHANNEL | HISTORY CHANNEL | | | | | | | | | | | | | | | | |
| | | | | | | Lifetime | | | | | | | | | | | | | | | |
| NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | | | | | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | | x | | | | | |
| | | | | | | | | | NFL NETWORK | NFL NETWORK | NFL NETWORK | | | | | x | | | | | |
| SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | | | | | | | | | | | | | | | | |
| TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | | | | x | | | | |
| TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | | | | x | | | | |
| USA | USA | USA | USA | USA | USA | USA | USA | USA | | | | | USA | | | | | x | | | |



## Premier

Includes all channels in Premier A & B

### Premier A

- A&E
- Al Jazeera America
- American Heroes Channel
- AMC
- Animal Planet
- AXS TV
- BET
- Bloomberg
- Cartoon Network (E)
- Cartoon Network (W)
- CBS Sports Network
- CNBC
- CNN
- Comedy Central
- Discovery Channel
- El Entertainment Television
- Food Network
- FOX Business News
- FOX News
- Freeform
- FYI
- GSN
- Hallmark Movies and Mysteries
- HDNet Movies
- Headline News
- History
- Home and Garden
- Independent Film Channel
- MSNBC
- MTV
- MTV2
- National Geographic
- NFL Network
- Nickelodeon/Nick at Night (E)
- Nickelodeon/Nick at Night (W)
- Oprah Winfrey Network
- Palladia
- Science
- Spike TV
- Syfy

- TLC
- truTV
- TBS
- TNT
- TV Land
- Universal HD
- USA
- Velocity
- VH1
- VH1 Classics
- Weather Channel
- Weather Nation
- Women's Entertainment

### Premier B

- Big Ten Network*
- Bravo
- Chiller
- CMT
- Cooking Channel
- C-SPAN2
- Daystar
- Destination America
- Fusion
- Golf Channel
- H2
- Hallmark Channel
- Investigation Discovery
- Lifetime
- Lifetime Movie Network
- MLB Network
- NBA TV
- NBC Sports
- NHL Network
- Nicktoons
- Oxygen
- Reelz
- RFD-TV
- Rural TV
- Sportsman Channel
- Tennis Channel
- Travel Channel

## America's Top 120

| | |
|---|---|
| A&E | History |
| Al Jazeera America | Home and Garden |
| AMC | Independent Film Channel |
| AXS TV | ION |
| Cartoon Network (E) | Lifetime |
| Cartoon Network (W) | MSNBC |
| CNBC | MTV |
| CNN | MTV2 |
| Comedy Central | Nickelodeon/Nick at Nite (E) |
| CMT | Nickelodeon/Nick at Nite (W) |
| C-SPAN2 | Palladia |
| Daystar | Pivot |
| Discovery Channel | Reelz |
| DISH CD 32 channels | SiriusXM Radio 72 Channels |
| Disney Channel (E) | Spike TV |
| Disney Channel (W) | Syfy |
| E! Entertainment Television | TLC |
| ESPN | Travel Channel |
| ESPN2 | truTV |
| ESPNEWS | TBS |
| ESPNU | TNT |
| FM | TVG2 |
| Food Network | TV Games Network |
| FOX Business News | TV Land |
| FOX News | USA Network |
| Freeform | Velocity |
| FUSE | VH1 |
| FX | Weather Channel |
| getTV | Weather Nation |
| Headline News | Women's Entertainment |

## Hospitality Plus

| |
|---|
| Animal Planet |
| BBC America |
| BET |
| Bloomberg |
| Bravo |
| Cooking |
| Disney Jr. |
| Disney XD |
| Golf Channel |
| Hallmark Channel |
| Hallmark Movies and Mysteries |

| |
|---|
| MLB Network |
| National Geographic |
| NBC Sports Network |
| NFL Network |
| NHL Network |
| Nick Jr. |
| Nicktoons |
| Oprah Winfrey Network |
| Oxygen |
| TeenNick |

\* Must carry At120 or Premier to add Hospitality Plus

## The Edge

| |
|---|
| FOX Deportes |
| FOX Movie Channel |
| FX |
| FXX |
| TVG2 |
| TV Games Network |

## Action

American Heroes Channel

DIY

FOX Sports 1

Golf Channel

NBC Sports Network

Outdoor Channel

Tennis Channel

## BET a la carte

## Free Access channels

BYU, Eternal Word Television, Trinity Broadcasting Network (TBN)

* Must carry At120 or Premier to add free access channels

## Dishnetwork Local channels

# Regional Sports Networks
Blackout restrictions may apply to professional sports and collegiate sports programming on out-of-market networks.

Fox Sports AZ

**EXHIBIT D-2**

| | Douglas | Douglas/Papago Unit | Eyman | Florence | Globe | Levels | Eagle Point Center Unit | Perryville | Phoenix | Tucson | Safford | Safford FL Unit | Window | Window Apache Unit | Yuma | Local Channels | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | AT120 $59.35 | Regional Sports Giant $4.10 | Hospitality Giant $9.50 | The Edge $0.95 | Free | Premier A $4.10 | Premier A Action $9.93 |
| ABC | | | | | | | | | | | | ABC | ABC | ABC | ABC | x | | | | | | |
| CBS | | | | | | | | | | | | CBS | CBS | CBS | CBS | | | x | | | | |
| NBC | | | | | | | | | | | | NBC | NBC | NBC | NBC | | | | | x | | |
| FOX | | | | | | | | | | | | FOX | FOX | FOX | FOX | | | | | x | | |
| PBS | | | | | | | | | | | | PBS | PBS | PBS | PBS | | | | | | | |
| CW | | | | | | | | | | | | | | | | | | | | | | |
| UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | UNIVISION | TELEMUNDO | TELEMUNDO | TELEMUNDO | UNIVISION | UNIVISION | UNIVISION | | | | | | | |
| AMC | AMC | AMC | | | | | | | | AMC | AMC | AMC | AMC | AMC | AMC | x | | | | | | |
| BET | | | BET | BET | BET | BET | | BET | BET | BET | BET | BET | BET | BET | BET | x | | x | | | | |
| BYU | | BYU | BYU | BYU | BYU | BYU | | BYU | BYU | BYU TV | BYU TV | BYU TV | BYU TV | BYU TV | BYU | x | | | | | x | |
| CNN | CNN | CNN | | | | CNN | CNN | CNN | | | | | | | CNN | x | | | | | x | x |
| COMEDY CENTRAL | | | | | | | | | | | COMEDY CENTRAL | COMEDY CENTRAL | | | COMEDY CENTRAL | x | | | | | x | x |
| DISCOVERY | | | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | DISCOVERY | x | | | | | x | x |
| ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | ESPN | | ESPN | ESPN | ESPN | ESPN | ESPN | x | | | | | x | |
| ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | ESPN2 | | | | | | ESPN2 | x | | | | | | |
| EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | EWTN | | | | x | | | |
| FOX MOVIE | | | | | | | | | | FOX MOVIE FOX SPORTS AZ | | | | | | | | | | | | |
| FX | FX | FX | | | | FX | FX | FX | FX | FX | FX | FX SPORTS 1 FOX SPORTS 1 | FX | FX | FX | x | | | | | x | |
| HISTORY CHANNEL | | | | | | HISTORY CHANNEL | HISTORY CHANNEL | | | | | | | | | x | | | | | | x |
| Lifetime | | | | | | | | Lifetime | | | | | | | | | | | | | | |
| NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | | | | | | | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | | NATIONAL GEOGRAPHIC | NATIONAL GEOGRAPHIC | x | | x | | | x | |
| NFL NETWORK | | | | | | | | | | NFL NETWORK | NFL NETWORK | NFL NETWORK | | | | x | | x | | | x | |
| SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | SPIKE | | | | | | | | | | | x | | | | | |
| TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | TBN | x | | x | | | x | x |
| TBS | TBS | TBS | TBS | TBS | TBS | TBS | TBS | TBS | TBS | | | | | | | x | | | | | x | x |
| TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | TNT | x | | | | | x | |
| USA | USA | USA | USA | USA | USA | USA | USA | USA | USA | | | | | USA | USA | x | | | | | x | x |

| | Douglas | Douglas/Papago Unit | Eyman | Florence | Globe | Levels | Eagle Point Center Unit | Perryville | Phoenix | Tucson | Safford | Safford FL Unit | Window | Window Apache Unit | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV COUNT | 1815 | 256 | 3199 | 2041 | 185 | 3741 | 341 | 2943 | 422 | 2961 | 574 | 256 | 732 | 350 | 2768 |
| Package | AT120 + Hospitality Giant | AT120 + Hospitality Giant | AT120 + BET | AT120 + BET | AT120 + BET | AT120 + BET | Premier A + BET | Premier A + BET | AT120 + BET | Premier A + FSAZ + Edge | Premier A + Edge + Action | Premier A + Edge + Action | AT120 + BET | AT120 + BET + Action | AT120 + Hospitality Plus |
| old rate/mo | $ 6.33 | $ 6.33 | $ 6.01 | $ 6.01 | $ 6.03 | $ 6.01 | $ 7.63 | $ 6.01 | $ 5.54 | $ 5.98 | $ 5.25 | $ 5.25 | $ 6.01 | $ 6.01 | $ 6.31 |
| old est/mo | $ 11,488.95 | $ 1,346.50 | $ 19,209.97 | $ 11,919.57 | $ 1,115.55 | $ 22,337.49 | $ 2,297.43 | $ 14,131.59 | $ 3,544.66 | $ 16,537.98 | $ 3,013.50 | $ 1,809.50 | $ 4,564.71 | $ 2,118.50 | $ 17,471.04 |
| new rate/mo | $ 6.65 | $ 6.65 | $ 6.34 | $ 6.34 | $ 6.34 | $ 6.34 | $ 4.28 | $ 6.34 | $ 6.56 | $ 6.91 | $ 5.29 | $ 5.29 | $ 6.01 | $ 6.01 | $ 6.83 |
| new est/mo | $ 12,072.75 | $ 1,717.50 | $ 20,911.66 | $ 12,272.44 | $ 1,209.50 | $ 24,200.54 | $ 1,458.48 | $ 18,878.62 | $ 2,779.85 | $ 19,824.16 | $ 3,418.26 | $ 1,418.26 | $ 4,950.78 | $ 2,249.50 | $ 18,900.80 |
| monthly increase | $ 933.80 | $ 370.00 | $ 1,631.69 | $ 1,346.91 | $ 93.95 | $ 1,897.51 | $ 139.33 | $ 2,565.18 | $ 213.27 | $ 2,700.78 | $ 424.76 | $ 160.70 | $ 386.07 | $ 178.50 | $ 1,419.56 |

# Douglas Cable Channels



- 2 Televisa (Spanish)
- 3 FOX
- 4 NBC
- 5 ESPN2
- 6 Univision (Spanish)
- 7 Spike
- 8 ESPN
- 9 ABC
- 10 AMC
- 11 CNN
- 12 BET
- 13 CBS

- 14 FX
- 15 TBN
- 16 National Geographic
- 17 TNT
- 18 EWTN
- 19 Bulletin Board
- 20 Bulletin Board
- 21 Bulletin Board
- 22 Edu. Videos

ARIZONA STATE PRISON COMPLEX - DOUGLAS