Mark Brnovich
Attorney General

Michael E. Gottfried
State Bar No. 010623
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
Fax: (602) 542-7670
E-mail: michael.gottfried@azag.gov

*Attorneys for Defendants Ryan, Rittenhouse, Hood, Olson and Riggs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV15-02245-PHX-ROS<br><br>**MOTION FOR RECONSIDERATION** |

Defendants Ryan, Rittenhouse, Hood, Olson and Riggs, through undersigned counsel, pursuant to LRCiv 7.2(g) move to reconsider parts of the Court's Order (doc. 260) granting summary judgment to Plaintiff and denying Defendants' summary judgment motion. The Court should reconsider its conclusions because, among other reasons, numerous courts have approved prison regulation of sexually-explicit material substantively similar to Arizona's regulations.

**I.   ADC's publication regulations are facially constitutional.**

   A. **The Court misconstrued ADC's publication regulations—they are indistinguishable from those approved in *Thornburgh v. Abbott*.**

In *Thornburgh v. Abbott,* 490 U.S. 401, 409 (1989), the Supreme Court upheld a facial challenge to a prison regulation that barred all "sexually explicit material which by