Mark Brnovich
Attorney General

Michael E. Gottfried
State Bar No. 010623
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
Fax: (602) 542-7670
E-mail: michael.gottfried@azag.gov

*Attorneys for Defendants Ryan, Rittenhouse, Hood, Olson and Riggs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV15-02245-PHX-ROS<br><br>**DEFENDANTS' STATEMENT OF PROPOSED INJUNCTION LANGUAGE** |

Defendants Ryan, Rittenhouse, Hood, Olson and Riggs, through undersigned counsel, pursuant to the Court's March 8, 2019 Order (doc. 260), propose the following language for final injunctive relief regarding the claims on which PLN has prevailed:

The Court, after full briefing on the parties cross-motions for summary judgment, having found that the Arizona Department of Corrections publication regulations concerning sexually-explicit written publication content and material is facially in violation of the First Amendment to the U.S. Constitution, and good cause appearing therefore, it is hereby

ORDERED that the Arizona Department of Corrections and the State of Arizona, and its employees and agents, are hereby enjoined from enforcing the provisions of Arizona Department of Corrections Department Order 914 that specifically pertain to

withholding, censoring, or preventing inmates from receiving publications that contain written sexually-explicit material:

IT IS FURTHER ORDERED that nothing in this injunction shall prevent the Arizona Department of Corrections and the State of Arizona, and its employees and agents, from enforcing the provisions of Arizona Department of Corrections Department Order 914 that specifically pertain to sexually-explicit or suggestive pictures, non-written depictions of nudity, or non-written sexually-explicit depictions;

IT IS FURTHER ORDERED that this injunctions is stayed for a period of ninety days from the date of this Order to allow the Arizona Department of Corrections and the State of Arizona to amend, modify, or revise Arizona Department of Corrections Department Order 914.

**MEMORANDUM OF LAW**

When an administrative regulation is found to be unconstitutional on its face, prison officials must be given an opportunity to propose remedies in the first instance. *Lewis v. Casey,* 518 U.S. 343, 362-63 (1996).  In *Lewis* the Supreme Court held that the district court erred when, after finding ongoing constitutional violations in prisons operated by the Arizona Department of Corrections, it delegated responsibility for devising a remedial plan to a special master. *Id.* at 363. Although the Arizona Department of Corrections was given an opportunity to object to the special master's proposed plan, "[t]he State was entitled to far more than an opportunity for rebuttal." *Id.* "[C]onsiderations of comity ... require giving the States the first opportunity to correct the errors made in the internal administration of their prisons." *Id.* at 362.  *See also Graves v. Arpaio*, 623 F.3d 1043, 1046–47 (9th Cir. 2010) (holding that county jail must be allowed to propose remedies in the first instance, but can be required to submit proposal before a constitutional violation is found).

Accordingly, the Arizona Department of Corrections and the State of Arizona must be allowed to amend, modify, or revise Arizona Department of Corrections Department Order 914 in the first instance. Conversely, the Plaintiff should be prohibited from proposing any amendments, modifications, or revisions to Arizona Department of Corrections Department Order 914.

RESPECTFULY SUBMITTED this 12th day of April, 2019.

MARK BRNOVICH
Attorney General

/s/ Michael E. Gottfried
Michael E. Gottfried
Assistant Attorneys General
*Attorneys for Defendants Ryan, Rittenhouse, Hood, Olson and Riggs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12th, 2019, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

This document and the Notice of Electronic Filing were served on the same date on the following, who are registered participants of the CM/ECF System:

Lisa Ells
Krista Stone-Manista
Andrew Spore
Rosen, Bien, Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105-2235
Attorneys for Plaintiff Prison Legal News

Sabarish Neelakanta
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460-1151
Attorneys for Plaintiff Prison Legal News

David J. Bodney
Heather Todd Horrocks
Ballard, Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Attorneys for Plaintiff Prison Legal News

s/Michael E. Gottfried
#7727645