Lisa Ells – Cal. Bar No. 243657*
Caroline E. Jackson – D. Md. Bar No. 18545*
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:    (415) 433-7104
lells@rbgg.com
cjackson@rbgg.com

Sabarish Neelakanta – Fla. Bar No. 26623*
Daniel Marshall – Fla. Bar No. 617210*
Masimba Mutamba – Fla. Bar No. 102772*
HUMAN RIGHTS DEFENSE CENTER
Post Office Box 1151
Lake Worth, Florida  33460-1151
Telephone:    (561) 360-2523
Facsimile:    (866) 735-7136
sneelakanta@humanrightsdefensecenter.org
dmarshall@hrdc-law.org
mmutamba@hrdc-law.org

David J. Bodney – Ariz. Bar No. 006065
Michael A. DiGiacomo – Ariz. Bar No. 032251
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004-2555
Telephone:    (602) 798-5400
Facsimile:    (602) 798-5595
bodneyd@ballardspahr.com
digiacomom@ballardspahr.com

*Admitted *Pro Hac Vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center, | Case No. CV-15-2245-PHX-ROS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge:   Hon. Roslyn O. Silver |
| Charles L. Ryan, et al, | |
| Defendants. | |

[3435523.2]

Plaintiff Prison Legal News ("PLN"), by and through its undersigned counsel, hereby submits this Notice of Settlement to inform the Court that the parties have reached a settlement on the following remaining triable issues in this matter:

1.     PLN's Fourteenth Amendment damages claims against Defendants Ryan and Olsen for the refusal to deliver issues of *Prison Legal News*; and

2.     PLN First and Fourteenth Amendment claims against Defendants for the refusal to deliver *The Celling of America.*

The parties will file a stipulation and proposed order, mostly likely next week, confirming the terms of the settlement these claims as soon as the parties have finalized those documents.  It is therefore respectfully requested that the October 16-17, 2019, trial, and all associated deadlines be vacated.

DATED:  September 13, 2019               Respectfully submitted,

                                        HUMAN RIGHTS DEFENSE CENTER


                                        By:  /s/ Masimba Mutamba
                                             Masimba M. Mutamba

                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that, on the 13th day of September, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By:    /s/ Masimba Mutamba
       Masimba M. Mutamba

NOTICE OF SETTLEMENT OF PLAINTIFF'S DUE PROCESS DAMAGES CLAIMS AND CLAIMS RE *THE CELLING OF AMERICA*

[3435523.2]