# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News,<br><br>    Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-15-02245-PHX-ROS<br><br>**ORDER** |

On March 8, 2019, the Court issued an order granting in part and denying in part each party's motion for summary judgment, and ordering the parties to submit proposed language for final injunctive relief regarding the claims on which Prison Legal News prevailed. (Doc. 260.) On April 12, 2019, the parties submitted proposed injunction language. (Docs. 265, 267.) On September 20, 2019, the parties submitted a joint statement regarding injunction, notifying the Court they have been unable to agree on a joint proposed injunction. (Doc. 301.) The parties requested the Court consider the parties' submissions, issue a permanent injunction, and enter final judgment.

The Court, having found that the Arizona Department of Corrections' ("ADC") policy prohibiting sexually explicit material is facially in violation of the First Amendment to the Constitution of the United States, and that the censorship of the October 2014, April 2017, May 2017, and June 2017 issues of *Prison Legal News* was unconstitutional, hereby issues the following injunctive relief:

//

**IT IS ORDERED** within ninety (90) days of this Order the Arizona Department of Corrections and the State of Arizona shall amend, modify, or revise Arizona Department of Corrections Department Order 914 ("Order 914") to establish bright-line rules that narrowly define prohibited content in a manner consistent with the First Amendment; limit the discretion available to ADC's employees and agents; and ensure consistency in the exclusion of sexually explicit material.

**IT IS FURTHER ORDERED** within seven (7) days of the amendment, modification, or revision of Order 914, Defendants shall file with the Court a copy of the new Order 914 and notify the Court that the Arizona Department of Corrections website has been updated to reflect the new Order 914.

**IT IS FURTHER ORDERED** Defendants shall email a copy of this Order and the new Order 914 to all staff persons employed in ADC mail rooms. Such email must also inform such staff about the best practices for successful compliance herewith. Within sixty (60) days of the amendment, modification, or revision of Order 914 each staff person responsible for any part of the receipt, collection, or delivery of U.S. Mail must sign a written acknowledgment that they have received and understood this Order and the new Order 914.

**IT IS FURTHER ORDERED** to the extent Defendants withhold a portion of any material sent to ADC prisoners per Order 914, the remaining portion(s) thereof shall be delivered to their intended recipients.

**IT IS FURTHER ORDERED** Defendants shall, within thirty (30) days of this Order, distribute complete copies of the previously censored October 2014, April 2017, May 2017, and June 2017 issues of *Prison Legal News* to current ADC prisoner-subscribers.

The Court finds that the relief herein ordered is narrowly drawn, extends no further than necessary to correct the harm to Prison Legal News requiring injunctive relief, and is the least intrusive means necessary to correct that harm.

//

The Clerk of Court is instructed to enter judgment in favor of Prison Legal News and against Defendants Ryan, Rittenhouse, Hood, Olson, Riggs, and Guzman in their official capacities.

Dated this 5th day of November, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge