Mark Brnovich
Attorney General

Michael E. Gottfried
State Bar No. 010623
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7693
Fax: (602) 542-7670
E-mail: michael.gottfried@azag.gov

*Attorneys for Defendants Ryan, Rittenhouse, Hood, Olson, Riggs and Guzman*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center,<br><br>Plaintiff,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Defendants. | No. CV15-02245-PHX-ROS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants Ryan, Rittenhouse, Hood, Olson Riggs and Guzman hereby appeal to the United States Court of Appeals for the Ninth Circuit from the from the final judgment of the district court for the district of Arizona entered in this case on November 6, 2019 (doc. 306), including, but not limited to, the orders entered by the district court on November 6, 2019 (doc. 305) and March 8, 2019 (doc. 260). A Representation Statement is attached pursuant to Ninth Circuit Rule 3-2(b).

/// ///

/// ///

/// ///

RESPECTFULLY SUBMITTED this 3rd day of December, 2019.

MARK BRNOVICH
Attorney General

/s/ Michael E. Gottfried
Michael E. Gottfried
Assistant Attorneys General
*Attorneys for Defendants Ryan, Rittenhouse, Hood, Olson, Riggs and Guzman*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

This document and the Notice of Electronic Filing were served on the same date on the following, who are registered participants of the CM/ECF System:

Lisa Ells
Caroline E. Jackson
Rosen, Bien, Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
*Attorneys for Plaintiff Prison Legal News*

Daniel Marshall
Masimba Mutamba
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460-1151
*Attorneys for Plaintiff Prison Legal News*

David J. Bodney
Michael A. DiGiacomo
Ballard, Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Plaintiff Prison Legal News*

s/L. Fuentes
Secretary to Michael E. Gottfried
#8327801

| | |
|---|---|
| 1 | **REPRESENTATION STATEMENT** |
| 2 | Plaintiff is represented by: |
| 3 | Lisa Ells, Esq. |
| 4 | Caroline E. Jackson, Esq.<br>Rosen, Bien, Galvan & Grunfeld LLP |
| 5 | 101 Mission Street, Sixth Floor<br>San Francisco, CA 94105-1738 |
| 6 | Telephone: (415) 433-6830<br>Fax: (415) 433-7104 |
| 7 | lells@rbgg.com<br>cjackson@rbgg.com |
| 8 | Daniel Marshall, Esq. |
| 9 | Masimba Mutamba, Esq.<br>Human Rights Defense Center |
| 10 | P.O. Box 1151<br>Lake Worth, FL 33460-1151 |
| 11 | Telephone: (561) 360-2523<br>Fax: (866) 735-7136 |
| 12 | dmarshall@humanrightsdefensecenter.org<br>mmutamba@hrdc-law.org |
| 13 | David J. Bodney, Esq. |
| 14 | Michael A. DiGiacomo, Esq.<br>Ballard, Spahr LLP |
| 15 | 1 East Washington Street, Suite 2300<br>Phoenix, AZ 85004-2555 |
| 16 | Telephone: (602) 798-5400<br>Fax: (602) 798-5595 |
| 17 | bodneyd@ballardsphar.com<br>digicomom@ballardsphar.com |
| 18 | All Defendants are represented by: |
| 19 | Michael E. Gottfried, Esq. |
| 20 | Assistant Attorney General<br>2005 North Central Avenue |
| 21 | Phoenix, Arizona 85004-1592<br>Telephone: (602) 542-7693 |
| 22 | Fax: (602) 542-7670<br>michael.gottfried@azag.gov |