Lisa Ells – Cal. Bar No. 243657*
Caroline E. Jackson – D. Md. Bar No. 18545*
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830
Facsimile:     (415) 433-7104
lells@rbgg.com
cjackson@rbgg.com

Daniel Marshall – Fla. Bar No. 617210*
Masimba Mutamba – Fla. Bar No. 102772*
HUMAN RIGHTS DEFENSE CENTER
Post Office Box 1151
Lake Worth, Florida  33460-1151
Telephone:    (561) 360-2523
Facsimile:     (866) 735-7136
dmarshall@hrdc-law.org
mmutamba@hrdc-law.org

David J. Bodney – Ariz. Bar No. 006065
Michael A. DiGiacomo – Ariz. Bar No. 032251
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004-2555
Telephone:    (602) 798-5400
Facsimile:     (602) 798-5595
bodneyd@ballardspahr.com
digiacomom@ballardspahr.com

*Admitted *Pro Hac Vice*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News, a project of the Human Rights Defense Center,<br><br>    Plaintiff,<br>    v.<br>Charles L. Ryan, et al,<br>    Defendants. | Case No. CV-15-2245-PHX-ROS<br><br>**STIPULATED MOTION TO STAY PLAINTIFF'S BILL OF COSTS AND MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES**<br><br>**(First Request)**<br><br>Judge:  Hon. Roslyn O. Silver |

Plaintiff PRISON LEGAL NEWS ("PLN" or "Plaintiff"), a project of the Human Rights Defense Center, through undersigned counsel, moves for an order staying the filing of Plaintiff's Bill of Costs and its Motion for Attorneys' Fees and Related Non-taxable Expenses, pending Defendants' appeal of the Court's prior orders.  *See* Dkt. 311.

By virtue of this Court's order granting, in part, PLN's motion for summary judgment (Dkt. 260), the ensuing permanent injunction entered by the Court (Dkt. 305), and the judgment entered against Defendants (Dkt. 306), Plaintiff is entitled to seek attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

Nevertheless, in light of Defendants' appeal, in the interests of time and efficiency and to promote judicial economy, it is prudent to stay the litigation of attorneys' fees and costs while the appeal is decided.

Counsel for the Parties have conferred regarding this request.  Undersigned counsel represents that Defendants' counsel does not object to this request.

WHEREFORE, Plaintiff Prison Legal News requests a stay on filing its Bill of Costs and Motion for Attorneys' Fees and Non-taxable expenses until 60 days after the conclusion of the appellate proceedings, including any potential Petition for Writ of Certiorari to the U.S. Supreme Court, in this matter.

DATED:  December 11, 2019           Respectfully submitted,

HUMAN RIGHTS DEFENSE CENTER

By:  */s/ Masimba Mutamba*
     Masimba M. Mutamba

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that, on the 11th day of December, 2019, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

By:  /s/ Masimba Mutamba
Masimba M. Mutamba