IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Prison Legal News,<br><br>         Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>         Defendants. | No. CV-15-02245-PHX-ROS<br><br>**ORDER** |

Defendants have filed a motion to stay the Court's order (Doc. 305) and the Clerk's Judgment (Doc. 306) pending appeal. (Doc. 315.) In the motion, Defendants assert that in Doc. 314, "the Court extended the deadline to deliver the *Prisoner [sic] Legal News* issues until the conclusion of appellate proceedings." (Doc. 315 at 2.) But in Doc. 314, the Court stayed only Plaintiff's Bill of Costs and Motion for Attorneys' Fees and Non-taxable expenses until the conclusion of appellate proceedings. (Doc. 314.) The order addressing the stipulated motion to extend Defendants' time to deliver copies of the October 2014, April 2017, May 2017, and June 2017 issues of *Prison Legal News* to current ADC prisoner-subscribers (Doc. 309) is Doc. 310, which extends the deadline to deliver the copies only until January 6, 2020. (Doc. 310.)

If Defendants wish to extend the time to deliver copies of the October 2014, April 2017, May 2017, and June 2017 issues of *Prison Legal News* to current ADC prisoner-subscribers past January 6, 2020, they must file a motion requesting this relief **by noon on December 19, 2019**. If Defendants file such a motion and Plaintiff does not consent,

1  Plaintiff will have until **December 23, 2019** to respond. Defendants will have until
2  **December 30, 2019** to reply. The briefing schedule for the pending motion to stay (Doc.
3  315) will not be affected.
4      Accordingly,
5      **IT IS ORDERED** any motion requesting an extension of time to deliver copies of
6  the October 2014, April 2017, May 2017, and June 2017 issues of *Prison Legal News* to
7  current ADC prisoner-subscribers must be filed **by noon on December 19, 2019**. Any
8  response will be due **December 23, 2019**, and any reply will be due **December 30, 2019**.
9      **IT IS FURTHER ORDERED** pursuant to Rule 25(d), David Shinn is substituted
10 for Charles L. Ryan as the Director of the Arizona Department of Corrections.
11     Dated this 17th day of December, 2019.

                  Honorable Roslyn O. Silver
                  Senior United States District Judge